B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**KOENIG, JODI L.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Jodi Lee Koenig; AKA Jodi Koenig** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5442** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2424 Melrose Avenue**<br>**Melrose Park, IL**<br>ZIP Code **60160** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(12/11)                                                                                      Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **KOENIG, JODI L.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Gregory D. Bruno                  October 21, 2012**<br>Signature of Attorney for Debtor(s)           (Date)<br>**Gregory D. Bruno** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(12/11)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **KOENIG, JODI L.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ JODI L. KOENIG**
Signature of Debtor   **JODI L. KOENIG**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**October 21, 2012**
Date

### Signature of Attorney*

X **/s/ Gregory D. Bruno**
Signature of Attorney for Debtor(s)

**Gregory D. Bruno**
Printed Name of Attorney for Debtor(s)

**Law Offices of Gregory D. Bruno**
Firm Name
**1807 N. Broadway**
**Melrose Park, IL 60160**

Address

**(708) 343-4544  Fax: (708) 343-4670**
Telephone Number

**October 21, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **JODI L. KOENIG** _____   Case No. _____

Debtor(s)        Chapter     **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                          Page 2

      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ JODI L. KOENIG**
                       **JODI L. KOENIG**

Date:   **October 21, 2012**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

### Northern District of Illinois

In re    **JODI L. KOENIG** _____ ,

                                          Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 3,532.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 7,700.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 75 | | 122,778.23 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,707.45 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 1,661.66 |
| Total Number of Sheets of ALL Schedules | | 88 | | | |
| | | Total Assets | 3,532.00 | | |
| | | | Total Liabilities | 130,478.23 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    **JODI L. KOENIG**                                                                        ,          Case No. _____

                                          Debtor

                                                                                                         Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1,707.45 |
| Average Expenses (from Schedule J, Line 18) | 1,661.66 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,472.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 6,068.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 122,778.23 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 128,846.23 |

B6A (Official Form 6A) (12/07)

.

In re    **JODI L. KOENIG**                                       ,       Case No. _____

                                      Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re   **JODI L. KOENIG** _____ ,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand**<br>**Location: 2424 Melrose Avenue, Melrose Park IL 60160** | - | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Savings account**<br>**Leyden Credit Union, Franklin Park, Illinois** | - | 400.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. items of household furniture, to wit: TV, bedroom set, treadmill, "total work-out" equipment, cell phone**<br>**Location: 2424 Melrose Avenue, Melrose Park IL 60160** | - | 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Misc. items of adult woman's clothing**<br>**Location: 2424 Melrose Avenue, Melrose Park IL 60160** | - | 750.00 |
| 7. Furs and jewelry. | | **Misc. items of woman's jewelry, to wit: ring, watch, earrings, bracelets, necklace and charm, various pieces of costume jewelry**<br>**Location: 2424 Melrose Avenue, Melrose Park IL 60160** | - | 200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

|  | Sub-Total > | 1,900.00 |
|---|---|---|
|  | (Total of this page) | |

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     **JODI L. KOENIG**                                         ,     Case No. _____
                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **JODI L. KOENIG**                                        ,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 GMC Envoy SUV; 210,000 miles; fair condition**<br>**Location: 2424 Melrose Avenue, Melrose Park IL 60160** | - | 1,632.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >          **1,632.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   __JODI L. KOENIG_____,      Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **3,532.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **JODI L. KOENIG**                                                    ,    Case No. _____
                                               Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on hand** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Location: 2424 Melrose Avenue, Melrose Park IL 60160** | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Savings account** | **735 ILCS 5/12-1001(b)** | **400.00** | **400.00** |
| **Leyden Credit Union, Franklin Park, Illinois** | | | |
| **Household Goods and Furnishings** | | | |
| **Misc. items of household furniture, to wit:  TV, bedroom set, treadmill, "total work-out" equipment,  cell phone** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Location: 2424 Melrose Avenue, Melrose Park IL 60160** | | | |
| **Wearing Apparel** | | | |
| **Misc. items of adult woman's clothing** | **735 ILCS 5/12-1001(a)** | **750.00** | **750.00** |
| **Location: 2424 Melrose Avenue, Melrose Park IL 60160** | | | |
| **Furs and Jewelry** | | | |
| **Misc. items of woman's jewelry, to wit:  ring, watch, earrings, bracelets, necklace and charm, various pieces of costume jewelry** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Location: 2424 Melrose Avenue, Melrose Park IL 60160** | | | |

                                                              Total:      **1,900.00**          **1,900.00**

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **JODI L. KOENIG**                                             ,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **990888312** <br><br> **BMO Harris Bank Barrington** <br> **201 S Grove Ave** <br> **Barrington, IL 60010** | - | | **Opened 8/21/01 Last Active 7/01/04** <br><br> **old auto loan of record** <br><br><br> Value $ **Unknown** | | | | **0.00** | **Unknown** |
| Account No. <br><br> **West Suburban Auto Sales** <br> **2250 N. Mannheim Road** <br> **Melrose Park, IL 60164** | - | | **on or about June, 2011** <br> **auto loan** <br> **2003 GMC Envoy SUV; 210,000 miles; fair condition** <br> **Location: 2424 Melrose Avenue, Melrose Park IL 60160** <br> Value $ **1,632.00** | | | | **7,700.00** | **6,068.00** |
| Account No. <br><br><br><br><br> | | | <br><br><br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br><br> | | | <br><br><br><br><br> Value $ | | | | | |

| | | |
|---|---|---|
| **0** continuation sheets attached | Subtotal <br> (Total of this page) | **7,700.00** | **6,068.00** |
| | Total <br> (Report on Summary of Schedules) | **7,700.00** | **6,068.00** |

B6E (Official Form 6E) (4/10)

.

In re    **JODI L. KOENIG**                                                    ,    Case No. _____
                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

<u>0</u>    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **JODI L. KOENIG**                                    ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **693634** <br><br> **Action Medical Equipment** <br> **855 N. Church Court** <br> **Elmhurst, IL 60126** | - | | on or about 2004 - 2007 <br> **Claim for balance due on account for services rendered** | | | | **10.00** |
| Account No. **various** <br><br> **Action Medical Equipment** <br> **855 N. Church Court** <br> **Elmhurst, IL 60126** | - | | on or about 2001 - 2012 <br> **Claim for balance due on various accounts for services rendered** | | | | **Unknown** |
| Account No. <br><br> **American HealthCare Group, Ltd.** <br> **1910 Cochran Road** <br> **Manor Oak One, Ste. 405** <br> **Pittsburgh, PA 15220** | - | | on or about 2004 - 2007 <br> **Claim for balance due on account for services rendered** | | | | **642.66** |
| Account No. <br><br> **Gregory J. Martucci, P.C.** <br> **1150 W. Lake Street, Ste. B** <br> **Roselle, IL 60172** | | | **Representing:** <br> **American HealthCare Group, Ltd.** | | | | **Notice Only** |

__74__  continuation sheets attached

Subtotal
(Total of this page)                              **652.66**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JODI L. KOENIG**                                              ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **various** <br><br> **American HealthCare Group, Ltd.** <br> **1910 Cochran Road** <br> **Manor Oak One, Ste. 405** <br> **Pittsburgh, PA 15220** | - | | | **on or about 2001 - 2012** <br> **Claim for balance due on various accounts for services rendered** | | | | **Unknown** |
| Account No. <br><br> **Gregory J. Martucci, P.C.** <br> **1150 W. Lake Street, Ste. B** <br> **Roselle, IL 60172** | | | | **Representing:** <br> **American HealthCare Group, Ltd.** | | | | **Notice Only** |
| Account No. **Case No. 2005 M4-001426** <br><br> **Anjanette Gucciardo** <br> **1670 Clinton Ct.** <br> **Melrose Park, IL 60160** | - | | | **on or about 2005 - 2006** <br> **Judgment and/or arbitration award entered against Debtor for monies owed, plus court costs and statutory interest, in lawsuit filed in Circuit Court of Cook County, Case No. 2005-M4-001426** | | | | **3,600.00** |
| Account No. **Case No. 2005 M4-001426** <br><br> **Anthony Caliendo** <br> **1670 Clinton Ct.** <br> **Melrose Park, IL 60160** | - | | | **on or about 2005 - 2006** <br> **Judgment and/or arbitration award entered against Debtor for monies owed, plus court costs and statutory interest, in lawsuit filed in Circuit Court of Cook County, Case No. 2005-M4-001426** | | | | **3,600.00** |
| Account No. 3252657814 <br><br> **Associated Pathology Consultants SC** <br> **200 N. Berteau Avenue** <br> **Elmhurst, IL 60126** | - | | | **on or about 2004 - 2007** <br> **Medical services** | | | | **1,823.00** |

Sheet no. __**1**___ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,023.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JODI L. KOENIG**                                                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Northwest Collectors Inc.** 3601 Algonquin Rd., Ste. 232 Rolling Meadows, IL 60008 | | | | Representing: Associated Pathology Consultants SC | | | | Notice Only |
| Account No. 3252721933 **Associated Pathology Consultants SC** 200 N. Berteau Avenue Elmhurst, IL 60126 | | - | | on or about 2004 - 2007 Medical services | | | | 370.00 |
| Account No. **Northwest Collectors Inc.** 3601 Algonquin Rd., Ste. 232 Rolling Meadows, IL 60008 | | | | Representing: Associated Pathology Consultants SC | | | | Notice Only |
| Account No. **11644APC** **Associated Pathology Consultants SC** 200 N. Berteau Avenue Elmhurst, IL 60126 | | - | | on or about 2004 - 2007 Medical services | | | | 171.40 |
| Account No. **NCI** Northwest Collectors Inc. 3601 Algonquin Road, Ste. 232 Rolling Meadows, IL 60008 | | | | Representing: Associated Pathology Consultants SC | | | | Notice Only |

Sheet no. __**2**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

541.40

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **various**<br><br>**Associated Pathology Consultants SC**<br>**200 N. Berteau Avenue**<br>**Elmhurst, IL 60126** | - | | **on or about 2001 - 2012**<br>**Medical services** | | | | **Unknown** |
| Account No.<br><br>**NCI**<br>**Northwest Collectors Inc.**<br>**3601 Algonquin Road, Ste. 232**<br>**Rolling Meadows, IL 60008** | | | **Representing:**<br>**Associated Pathology Consultants SC** | | | | **Notice Only** |
| Account No. **5438-5700-0417-6957**<br><br>**Atlantic Credit & Finance, Inc.**<br>**2727 Franklin Road SW**<br>**Roanoke, VA 24014** | - | | **on or about 2001 - 2012**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **1,512.08** |
| Account No.<br><br>**Capital Management Services, LP**<br>**726 Exchange Street, Ste. 700**<br>**Buffalo, NY 14210** | | | **Representing:**<br>**Atlantic Credit & Finance, Inc.** | | | | **Notice Only** |
| Account No. **Case No. 2007-M1-714589**<br><br>**B.A. Feller Company**<br>**113 S. Marion Street**<br>**Oak Park, IL 60302** | - | | **on or about 8/10/2007**<br>**Judgment entered against Debtor for monies owed, plus court costs, atty's fees and statutory interest, in lawsuit filed in Circuit Court of Cook County, Case No. 2007-M1-714589** | | | | **1,130.00** |

Sheet no. __**3**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,642.08**

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG**                                    ,    Case No. _____
_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. <br><br>**Sanford Kahn Ltd.**<br>**180 N. LaSalle Street, Ste. 2025**<br>**Chicago, IL 60601** | | | | | Representing:<br>**B.A. Feller Company** | | | | **Notice Only** |
| Account No. <br><br>**Berni, David, DDS**<br>**4747 N. Harlem Avenue**<br>**Harwood Heights, IL 60706** | | - | | | **on or about 2001 - 2012**<br>**Dental services** | | | | **192.97** |
| Account No. <br><br>**I.C. System, Inc.**<br>**444 Highway 96 East**<br>**P.O. Box 64837**<br>**Saint Paul, MN 55164** | | | | | Representing:<br>**Berni, David, DDS** | | | | **Notice Only** |
| Account No. **9901139958**<br><br>**BMO Harris Bank, N.A.**<br>**111 W. Monroe Street**<br>**Chicago, IL 60690** | | - | | | **Opened 6/01/04 Last Active 1/31/07**<br>**Claim for deficiency balance due on auto loan after repossession** | | | | **18,795.00** |
| Account No. <br><br>**Riebandt & DeWald, P.C.**<br>**1237 S. Arlington Heights Road**<br>**Arlington Heights, IL 60006** | | | | | Representing:<br>**BMO Harris Bank, N.A.** | | | | **Notice Only** |

Sheet no. __4__ of __74__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                        
(Total of this page)            **18,987.97**

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG**                                              ,    Case No. _____
                                                    **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **A0718900078** <br><br> **Centegra Hospital - Woodstock** <br> **3701 Doty Road** <br> **Woodstock, IL 60098** | - | | | **on or about 2004 - 2007** <br> **Medical services** | | | | **75.00** |
| Account No. <br><br> **Automated Accts. Mgmt. Services** <br> **PO Box 65576** <br> **West Des Moines, IA 50265** | | | | **Representing:** <br> **Centegra Hospital - Woodstock** | | | | **Notice Only** |
| Account No. **various** <br><br> **Centegra Hospital - Woodstock** <br> **3701 Doty Road** <br> **Woodstock, IL 60098** | - | | | **on or about 2001 - 2012** <br> **Medical services** | | | | **Unknown** |
| Account No. <br><br> **Automated Accts. Mgmt. Services** <br> **PO Box 65576** <br> **West Des Moines, IA 50265** | | | | **Representing:** <br> **Centegra Hospital - Woodstock** | | | | **Notice Only** |
| Account No. **2928975788003 / 4500471404** <br><br> **Charter One Bank** <br> **1 Citizens Drive** <br> **Riverside, RI 02915** | - | | | **on or about 2005 - 2008** <br> **Claim for balance due on account** | | | | **569.87** |

| | | |
|---|---|---|
| Sheet no. **5** of **74** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | **644.87** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG**                                                                                    ,        Case No. _____
                                                       Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Arrow Financial Services 5996 W. Touhy Avenue Niles, IL 60714** | | | | Representing: **Charter One Bank** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **ChexSystems Consumer Relations 7805 Hudson Road, Ste. 100 Woodbury, MN 55125** | | | | Representing: **Charter One Bank** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Jefferson Capital System 16 Mcleland Road Saint Cloud, MN 56303** | | | | Representing: **Charter One Bank** | | | | **Notice Only** |
| Account No. **4500471404** | | - | | **on or about 2005 - 2008 Claim for balance due on account** | | | | |
| **ChexSystems Consumer Relations 7805 Hudson Road, Ste. 100 Woodbury, MN 55125** | | | | | | | | **569.87** |
| Account No. | | | | | | | | |
| **Arrow Financial Services 5996 W. Touhy Avenue Niles, IL 60714** | | | | Representing: **ChexSystems** | | | | **Notice Only** |

Sheet no. **6** of **74** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **569.87**

B6F (Official Form 6F) (12/07) - Cont.

In re  **JODI L. KOENIG**                                          ,      Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **CCI2193402** <br><br> **Com Ed** <br> **Commonwealth Edison** <br> **P.O. Box 6111** <br> **Carol Stream, IL 60197** | - | | | **on or about 2001 - 2011** <br> **Claim for balance due on utility account** | | | | **179.00** |
| Account No. <br><br> **Com Ed** <br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668** | | | | **Representing:** <br> **Com Ed** | | | | **Notice Only** |
| Account No. <br><br> **Contract Callers Inc.** <br> **1058 Claussen Road, Ste. 110** <br> **Augusta, GA 30907** | | | | **Representing:** <br> **Com Ed** | | | | **Notice Only** |
| Account No. <br><br> **NCO Financial Systems** <br> **P.O. Box 15740** <br> **Wilmington, DE 19850** | | | | **Representing:** <br> **Com Ed** | | | | **Notice Only** |
| Account No. **5317300043** <br><br> **Com Ed** <br> **Commonwealth Edison** <br> **P.O. Box 6111** <br> **Carol Stream, IL 60197** | - | | | **Claim for balance due on utility account** | | | | **178.71** |

Sheet no. __7__ of __74__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                **357.71**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG** _____ ,    Case No. _____
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Com Ed** **Commonwealth Edison** **Bill Payment Center** **Chicago, IL 60668** | | | Representing: Com Ed | | | | **Notice Only** |
| Account No. **Contract Callers Inc.** **1058 Claussen Road, Ste. 110** **Augusta, GA 30907** | | | Representing: Com Ed | | | | **Notice Only** |
| Account No. **NCO Financial Systems** **P.O. Box 15740** **Wilmington, DE 19850** | | | Representing: Com Ed | | | | **Notice Only** |
| Account No. **6105-0013** **Comcast** **P.O. Box 3002** **Southeastern, PA 19398** | - | | on or about 2004 - 2011 Claim for balance due on service account | | | | **130.50** |
| Account No. **Comcast** **2001 York Road** **Oak Brook, IL 60523** | | | Representing: Comcast | | | | **Notice Only** |

| | | |
|---|---|---|
| Sheet no. __8__ of __74__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **130.50** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG**                                                              ,      Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Credit Protection Association, L.P.** <br>**13355 Noel Rd., Ste 2100** <br>**Dallas, TX 75240** | | | Representing: <br>Comcast | | | | **Notice Only** |
| Account No. **CCI2193402** <br><br>**Contract Callers Inc.** <br>**1058 Claussen Road, Ste. 110** <br>**Augusta, GA 30907** | | - | Opened  3/01/09  Last Active  8/01/07 <br>Collection on account for and/or acquired from Com Ed | | | | **179.00** |
| Account No. **KOEJO000** <br><br>**Costello, Gregory, D.O.** <br>**2340 Highland Avenue, #370** <br>**Lombard, IL 60148** | | | on or about 2004 - 2007 <br>Medical services | | | | **530.00** |
| Account No. **639866901152** <br><br>**Dependon Collection Service** <br>**P.O. Box 4833** <br>**Oak Brook, IL 60522** | | - | Opened  9/05/07 <br>Collection on account for and/or acquired from Midwest Pulmonary Associates SC | | | | **730.00** |
| Account No. **00000601003 / ELM-601** <br><br>**Elmhurst Anesthesiologists, PC** <br>**155 East Brush Hill Road** <br>**Elmhurst, IL 60126** | | - | on or about 2004 - 2007 <br>Medical services | | | | **64.40** |

Sheet no. __**9**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **1,503.40**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JODI L. KOENIG**                                                                    ,   Case No. _____
                                                      **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Elmhurst Anesthesiologist**<br>**PO Box 87916**<br>**Carol Stream, IL 60188** | | | **Representing:**<br>**Elmhurst Anesthesiologists, PC** | | | | **Notice Only** |
| Account No.<br><br>**Medical Business Bureau, LLC**<br>**1460 Renaissance Drive, Ste. 400**<br>**Park Ridge, IL 60068** | | | **Representing:**<br>**Elmhurst Anesthesiologists, PC** | | | | **Notice Only** |
| Account No. **601003**<br><br>**Elmhurst Anesthesiologists, PC**<br>**155 East Brush Hill Road**<br>**Elmhurst, IL 60126** | - | | **on or about 2004 - 2007**<br>**Medical services** | | | | **64.40** |
| Account No.<br><br>**Elmhurst Anesthesiologist**<br>**PO Box 87916**<br>**Carol Stream, IL 60188** | | | **Representing:**<br>**Elmhurst Anesthesiologists, PC** | | | | **Notice Only** |
| Account No.<br><br>**Medical Business Bureau, LLC**<br>**1460 Renaissance Drive, Ste. 400**<br>**Park Ridge, IL 60068** | | | **Representing:**<br>**Elmhurst Anesthesiologists, PC** | | | | **Notice Only** |

Sheet no. __**10**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**64.40**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG**                                              ,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **K55387-00000601**<br><br>Elmhurst Anesthesiologists, PC<br>155 East Brush Hill Road<br>Elmhurst, IL 60126 | - | | | | on or about 2004 - 2007<br>Medical services | | | | 149.60 |
| Account No.<br><br>Elmhurst Anesthesiologist<br>PO Box 87916<br>Carol Stream, IL 60188 | | | | | Representing:<br>Elmhurst Anesthesiologists, PC | | | | Notice Only |
| Account No.<br><br>Medical Business Bureau, LLC<br>1460 Renaissance Drive, Ste. 400<br>Park Ridge, IL 60068 | | | | | Representing:<br>Elmhurst Anesthesiologists, PC | | | | Notice Only |
| Account No. **various**<br><br>Elmhurst Anesthesiologists, PC<br>155 East Brush Hill Road<br>Elmhurst, IL 60126 | - | | | | on or about 2001 - 2012<br>Medical services | | | | Unknown |
| Account No.<br><br>Elmhurst Anesthesiologist<br>PO Box 87916<br>Carol Stream, IL 60188 | | | | | Representing:<br>Elmhurst Anesthesiologists, PC | | | | Notice Only |

Sheet no. __11__ of __74__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

149.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG**                                                                   ,        Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Medical Business Bureau, LLC 1460 Renaissance Drive, Ste. 400 Park Ridge, IL 60068** | | | | Representing: **Elmhurst Anesthesiologists, PC** | | | | **Notice Only** |
| Account No. **19339  716** | | | | **on or about 2004 - 2007 Medical services** | | | | |
| **Elmhurst Emergency Med Services 200 N. Berteau Avenue Elmhurst, IL 60126** | | - | | | | | | **745.00** |
| Account No. | | | | | | | | |
| **Medical Business Bureau, LLC 1460 Renaissance Drive, Ste. 400 Park Ridge, IL 60068** | | | | Representing: **Elmhurst Emergency Med Services** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Van Ru Credit Corp. 1350 E. Touhy Avenue, Ste. 100E Des Plaines, IL 60018** | | | | Representing: **Elmhurst Emergency Med Services** | | | | **Notice Only** |
| Account No. **19339014** | | | | **on or about 2004 - 2007 Medical services** | | | | |
| **Elmhurst Emergency Med Services 200 N. Berteau Avenue Elmhurst, IL 60126** | | - | | | | | | **451.00** |

Sheet no. __**12**__ of __**74**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         **1,196.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG**                                          ,          Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Medical Business Bureau, LLC** <br>**1460 Renaissance Drive, Ste. 400** <br>**Park Ridge, IL 60068** | | | **Representing:** <br>**Elmhurst Emergency Med Services** | | | | **Notice Only** |
| Account No. <br><br>**Van Ru Credit Corp.** <br>**1350 E. Touhy Avenue, Ste. 100E** <br>**Des Plaines, IL 60018** | | | **Representing:** <br>**Elmhurst Emergency Med Services** | | | | **Notice Only** |
| Account No. **19339149** <br><br>**Elmhurst Emergency Med Services** <br>**200 N. Berteau Avenue** <br>**Elmhurst, IL 60126** | - | | **on or about 2004 - 2007** <br>**Medical services** | | | | **378.00** |
| Account No. <br><br>**Medical Business Bureau, LLC** <br>**1460 Renaissance Drive, Ste. 400** <br>**Park Ridge, IL 60068** | | | **Representing:** <br>**Elmhurst Emergency Med Services** | | | | **Notice Only** |
| Account No. <br><br>**Van Ru Credit Corp.** <br>**1350 E. Touhy Avenue, Ste. 100E** <br>**Des Plaines, IL 60018** | | | **Representing:** <br>**Elmhurst Emergency Med Services** | | | | **Notice Only** |

Sheet no. __**13**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **378.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JODI L. KOENIG**                                      ,      Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **19339  441** | | | | | on or about 2004 - 2007<br>Medical services | | | | |
| **Elmhurst Emergency Med Services**<br>**200 N. Berteau Avenue**<br>**Elmhurst, IL 60126** | - | | | | | | | | |
| | | | | | | | | | 349.00 |
| Account No. | | | | | | | | | |
| **Medical Business Bureau, LLC**<br>**1460 Renaissance Drive, Ste. 400**<br>**Park Ridge, IL 60068** | | | | | Representing:<br>**Elmhurst Emergency Med Services** | | | | Notice Only |
| Account No. | | | | | | | | | |
| **Van Ru Credit Corp.**<br>**1350 E. Touhy Avenue, Ste. 100E**<br>**Des Plaines, IL 60018** | | | | | Representing:<br>**Elmhurst Emergency Med Services** | | | | Notice Only |
| Account No. **19339717** | | | | | on or about 2004 - 2007<br>Medical services | | | | |
| **Elmhurst Emergency Med Services**<br>**200 N. Berteau Avenue**<br>**Elmhurst, IL 60126** | - | | | | | | | | |
| | | | | | | | | | 55.00 |
| Account No. | | | | | | | | | |
| **Medical Business Bureau, LLC**<br>**1460 Renaissance Drive, Ste. 400**<br>**Park Ridge, IL 60068** | | | | | Representing:<br>**Elmhurst Emergency Med Services** | | | | Notice Only |

Sheet no. __14__ of __74__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

          Subtotal
    (Total of this page)        **404.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **JODI L. KOENIG**
_____,  Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J c | | | | | | |
| Account No. | | | | | | | | | |
| Van Ru Credit Corp. 1350 E. Touhy Avenue, Ste. 100E Des Plaines, IL 60018 | | | | | Representing: Elmhurst Emergency Med Services | | | | Notice Only |
| Account No. 19339150 | | | | | on or about 2004 - 2007 Medical services | | | | |
| Elmhurst Emergency Med Services 200 N. Berteau Avenue Elmhurst, IL 60126 | | - | | | | | | | 50.00 |
| Account No. | | | | | | | | | |
| Medical Business Bureau, LLC 1460 Renaissance Drive, Ste. 400 Park Ridge, IL 60068 | | | | | Representing: Elmhurst Emergency Med Services | | | | Notice Only |
| Account No. | | | | | | | | | |
| Van Ru Credit Corp. 1350 E. Touhy Avenue, Ste. 100E Des Plaines, IL 60018 | | | | | Representing: Elmhurst Emergency Med Services | | | | Notice Only |
| Account No. 19339442 | | | | | on or about 2004 - 2007 Medical services | | | | |
| Elmhurst Emergency Med Services 200 N. Berteau Avenue Elmhurst, IL 60126 | | - | | | | | | | 50.00 |

Sheet no. __15__ of __74__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| 100.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG**                                              ,    Case No. _____
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Medical Business Bureau, LLC 1460 Renaissance Drive, Ste. 400 Park Ridge, IL 60068** | | | | **Representing: Elmhurst Emergency Med Services** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Van Ru Credit Corp. 1350 E. Touhy Avenue, Ste. 100E Des Plaines, IL 60018** | | | | **Representing: Elmhurst Emergency Med Services** | | | | **Notice Only** |
| Account No.  003 19339 | | | | **on or about 2004 - 2007 Medical services** | | | | |
| **Elmhurst Emergency Med Services 200 N. Berteau Avenue Elmhurst, IL 60126** | - | | | | | | | **200.00** |
| Account No. | | | | | | | | |
| **Medical Business Bureau, LLC 1460 Renaissance Drive, Ste. 400 Park Ridge, IL 60068** | | | | **Representing: Elmhurst Emergency Med Services** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Van Ru Credit Corp. 1350 E. Touhy Avenue, Ste. 100E Des Plaines, IL 60018** | | | | **Representing: Elmhurst Emergency Med Services** | | | | **Notice Only** |

Sheet no. __16__ of __74__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **200.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JODI L. KOENIG** _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **19339**<br><br>**Elmhurst Emergency Med Services**<br>**200 N. Berteau Avenue**<br>**Elmhurst, IL 60126** | - | | | on or about 2004 - 2007<br>**Medical services** | | | | 214.00 |
| Account No.<br><br>**Medical Business Bureau, LLC**<br>**1460 Renaissance Drive, Ste. 400**<br>**Park Ridge, IL 60068** | | | | **Representing:**<br>**Elmhurst Emergency Med Services** | | | | Notice Only |
| Account No.<br><br>**Van Ru Credit Corp.**<br>**1350 E. Touhy Avenue, Ste. 100E**<br>**Des Plaines, IL 60018** | | | | **Representing:**<br>**Elmhurst Emergency Med Services** | | | | Notice Only |
| Account No. **K73338-19339-014**<br><br>**Elmhurst Emergency Med Services**<br>**200 N. Berteau Avenue**<br>**Elmhurst, IL 60126** | - | | | on or about 2004 - 2007<br>**Medical services** | | | | 451.00 |
| Account No.<br><br>**Medical Business Bureau, LLC**<br>**1460 Renaissance Drive, Ste. 400**<br>**Park Ridge, IL 60068** | | | | **Representing:**<br>**Elmhurst Emergency Med Services** | | | | Notice Only |

Sheet no. __**17**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    665.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG**                                              ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Van Ru Credit Corp. 1350 E. Touhy Avenue, Ste. 100E Des Plaines, IL 60018 | | | | | Representing: Elmhurst Emergency Med Services | | | | Notice Only |
| Account No. **various** | | | | | on or about 2001 - 2012 Medical services | | | | |
| Elmhurst Emergency Med Services 200 N. Berteau Avenue Elmhurst, IL 60126 | | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Medical Business Bureau, LLC 1460 Renaissance Drive, Ste. 400 Park Ridge, IL 60068 | | | | | Representing: Elmhurst Emergency Med Services | | | | Notice Only |
| Account No. | | | | | | | | | |
| Van Ru Credit Corp. 1350 E. Touhy Avenue, Ste. 100E Des Plaines, IL 60018 | | | | | Representing: Elmhurst Emergency Med Services | | | | Notice Only |
| Account No. **E00001664603** | | | | | on or about 2004 - 2007 Medical services | | | | |
| Elmhurst Memorial Hospital Elmhurst Memorial Healthcare 75 Remittance Drive, Ste. 6383 Chicago, IL 60675-6383 | | - | | | | | | | 81.90 |

Sheet no. __18__ of __74__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

81.90

B6F (Official Form 6F) (12/07) - Cont.

In re   **JODI L. KOENIG** _____ ,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Computer Credit, Inc.** <br>**640 West Fourth Street** <br>**P.O. Box 5238** <br>**Winston Salem, NC 27113** | | | | **Representing:** <br>**Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No. <br><br>**Pellettieri & Associates, Ltd.** <br>**991 Oak Creek Drive** <br>**Lombard, IL 60148** | | | | **Representing:** <br>**Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No. **E00001221143** <br><br>**Elmhurst Memorial Hospital** <br>**Elmhurst Memorial Healthcare** <br>**75 Remittance Drive, Ste. 6383** <br>**Chicago, IL 60675-6383** | | - | | **on or about 2004 - 2007** <br>**Medical services** | | | | **75.00** |
| Account No. <br><br>**Computer Credit, Inc.** <br>**640 West Fourth Street** <br>**P.O. Box 5238** <br>**Winston Salem, NC 27113** | | | | **Representing:** <br>**Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No. <br><br>**Pellettieri & Associates, Ltd.** <br>**991 Oak Creek Drive** <br>**Lombard, IL 60148** | | | | **Representing:** <br>**Elmhurst Memorial Hospital** | | | | **Notice Only** |

Sheet no. __**19**__ of __**74**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **75.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __**JODI L. KOENIG**_____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **E00001427674** <br><br> **Elmhurst Memorial Hospital** <br> **Elmhurst Memorial Healthcare** <br> **75 Remittance Drive, Ste. 6383** <br> **Chicago, IL 60675-6383** | - | | **on or about 2004 - 2007** <br> **Medical services** | | | | **2,034.00** |
| Account No. <br><br> **Computer Credit, Inc.** <br> **640 West Fourth Street** <br> **P.O. Box 5238** <br> **Winston Salem, NC 27113** | | | **Representing:** <br> **Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No. <br><br> **Pellettieri & Associates, Ltd.** <br> **991 Oak Creek Drive** <br> **Lombard, IL 60148** | | | **Representing:** <br> **Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No. **E00001573672** <br><br> **Elmhurst Memorial Hospital** <br> **Elmhurst Memorial Healthcare** <br> **75 Remittance Drive, Ste. 6383** <br> **Chicago, IL 60675-6383** | - | | **on or about 2004 - 2007** <br> **Medical services** | | | | **2,667.38** |
| Account No. <br><br> **Computer Credit, Inc.** <br> **640 West Fourth Street** <br> **P.O. Box 5238** <br> **Winston Salem, NC 27113** | | | **Representing:** <br> **Elmhurst Memorial Hospital** | | | | **Notice Only** |

Sheet no. __**20**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,701.38**

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG**
,                    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Pellettieri & Associates, Ltd.** <br> **991 Oak Creek Drive** <br> **Lombard, IL 60148** | | | | **Representing:** <br> **Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No. **E00001755488** <br><br> **Elmhurst Memorial Hospital** <br> **Elmhurst Memorial Healthcare** <br> **75 Remittance Drive, Ste. 6383** <br> **Chicago, IL 60675-6383** | | - | | **on or about 2004 - 2007** <br> **Medical services** | | | | **348.97** |
| Account No. <br><br> **Computer Credit, Inc.** <br> **640 West Fourth Street** <br> **P.O. Box 5238** <br> **Winston Salem, NC 27113** | | | | **Representing:** <br> **Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No. <br><br> **Pellettieri & Associates, Ltd.** <br> **991 Oak Creek Drive** <br> **Lombard, IL 60148** | | | | **Representing:** <br> **Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No. **E00001734873** <br><br> **Elmhurst Memorial Hospital** <br> **Elmhurst Memorial Healthcare** <br> **75 Remittance Drive, Ste. 6383** <br> **Chicago, IL 60675-6383** | | - | | **on or about 2004 - 2007** <br> **Medical services** | | | | **666.25** |

Sheet no. __21__ of __74__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,015.22**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JODI L. KOENIG**                                                                          ,        Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Computer Credit, Inc.**<br>**640 West Fourth Street**<br>**P.O. Box 5238**<br>**Winston Salem, NC 27113** | | | **Representing:**<br>**Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No.<br><br>**Pellettieri & Associates, Ltd.**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148** | | | **Representing:**<br>**Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No.  **E00001539950**<br><br>**Elmhurst Memorial Hospital**<br>**Elmhurst Memorial Healthcare**<br>**75 Remittance Drive, Ste. 6383**<br>**Chicago, IL 60675-6383** | - | | **on or about 2004 - 2007**<br>**Medical services** | | | | **519.20** |
| Account No.<br><br>**Computer Credit, Inc.**<br>**640 West Fourth Street**<br>**P.O. Box 5238**<br>**Winston Salem, NC 27113** | | | **Representing:**<br>**Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No.<br><br>**Pellettieri & Associates, Ltd.**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148** | | | **Representing:**<br>**Elmhurst Memorial Hospital** | | | | **Notice Only** |

Sheet no. __**22**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**519.20**

B6F (Official Form 6F) (12/07) - Cont.

In re  **JODI L. KOENIG**                                                              ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **E00001896287**<br><br>**Elmhurst Memorial Hospital**<br>**Elmhurst Memorial Healthcare**<br>**75 Remittance Drive, Ste. 6383**<br>**Chicago, IL 60675-6383** | - | | | | **on or about 2004 - 2007**<br>**Medical services** | | | | **865.90** |
| Account No.<br><br>**Computer Credit, Inc.**<br>**640 West Fourth Street**<br>**P.O. Box 5238**<br>**Winston Salem, NC 27113** | | | | | **Representing:**<br>**Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No.<br><br>**Pellettieri & Associates, Ltd.**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148** | | | | | **Representing:**<br>**Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No. **E00001638231**<br><br>**Elmhurst Memorial Hospital**<br>**Elmhurst Memorial Healthcare**<br>**75 Remittance Drive, Ste. 6383**<br>**Chicago, IL 60675-6383** | - | | | | **on or about 2004 - 2007**<br>**Medical services** | | | | **158.40** |
| Account No.<br><br>**Computer Credit, Inc.**<br>**640 West Fourth Street**<br>**P.O. Box 5238**<br>**Winston Salem, NC 27113** | | | | | **Representing:**<br>**Elmhurst Memorial Hospital** | | | | **Notice Only** |

Sheet no. __23__ of __74__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,024.30**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG**                                                      ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Pelletieri & Associates, Ltd.** <br> **991 Oak Creek Drive** <br> **Lombard, IL 60148** | | | | **Representing:** <br> **Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No. **E00001127403** <br><br> **Elmhurst Memorial Hospital** <br> **Elmhurst Memorial Healthcare** <br> **75 Remittance Drive, Ste. 6383** <br> **Chicago, IL 60675-6383** | | - | | **on or about 2004 - 2007** <br> **Medical services** | | | | **1,697.11** |
| Account No. <br><br> **Computer Credit, Inc.** <br> **640 West Fourth Street** <br> **P.O. Box 5238** <br> **Winston Salem, NC 27113** | | | | **Representing:** <br> **Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No. <br><br> **Pelletieri & Associates, Ltd.** <br> **991 Oak Creek Drive** <br> **Lombard, IL 60148** | | | | **Representing:** <br> **Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No. **E00001534522** <br><br> **Elmhurst Memorial Hospital** <br> **Elmhurst Memorial Healthcare** <br> **75 Remittance Drive, Ste. 6383** <br> **Chicago, IL 60675-6383** | | - | | **on or about 2004 - 2007** <br> **Medical services** | | | | **29,746.55** |

Sheet no. __24__ of __74__ sheets attached to Schedule of                                    Subtotal                **31,443.66**
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **JODI L. KOENIG**                                                    ,      Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Computer Credit, Inc.**<br>**640 West Fourth Street**<br>**P.O. Box 5238**<br>**Winston Salem, NC 27113** | | | **Representing:**<br>**Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No.<br><br>**Pellettieri & Associates, Ltd.**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148** | | | **Representing:**<br>**Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No.  **E00001256033**<br><br>**Elmhurst Memorial Hospital**<br>**Elmhurst Memorial Healthcare**<br>**75 Remittance Drive, Ste. 6383**<br>**Chicago, IL 60675-6383** | - | | **on or about 2004 - 2007**<br>**Medical services** | | | | **618.20** |
| Account No.<br><br>**Computer Credit, Inc.**<br>**640 West Fourth Street**<br>**P.O. Box 5238**<br>**Winston Salem, NC 27113** | | | **Representing:**<br>**Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No.<br><br>**Pellettieri & Associates, Ltd.**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148** | | | **Representing:**<br>**Elmhurst Memorial Hospital** | | | | **Notice Only** |

Sheet no. __**25**__ of __**74**__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **618.20**

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **E00000803066** <br><br> **Elmhurst Memorial Hospital** <br> **Elmhurst Memorial Healthcare** <br> **75 Remittance Drive, Ste. 6383** <br> **Chicago, IL 60675-6383** | - | | | **on or about 2004 - 2007** <br> **Medical services** | | | | **715.75** |
| Account No. <br><br> **Computer Credit, Inc.** <br> **640 West Fourth Street** <br> **P.O. Box 5238** <br> **Winston Salem, NC 27113** | | | | **Representing:** <br> **Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No. <br><br> **Pellettieri & Associates, Ltd.** <br> **991 Oak Creek Drive** <br> **Lombard, IL 60148** | | | | **Representing:** <br> **Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No. **E00001696551** <br><br> **Elmhurst Memorial Hospital** <br> **Elmhurst Memorial Healthcare** <br> **75 Remittance Drive, Ste. 6383** <br> **Chicago, IL 60675-6383** | - | | | **on or about 2004 - 2007** <br> **Medical services** | | | | **3,424.20** |
| Account No. <br><br> **Computer Credit, Inc.** <br> **640 West Fourth Street** <br> **P.O. Box 5238** <br> **Winston Salem, NC 27113** | | | | **Representing:** <br> **Elmhurst Memorial Hospital** | | | | **Notice Only** |

Sheet no. __26__ of __74__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal | | **4,139.95** |
| (Total of this page) | | |

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG**                                                                ,        Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Pellettieri & Associates, Ltd.** <br> **991 Oak Creek Drive** <br> **Lombard, IL 60148** | | | | **Representing:** <br> **Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No. **various** <br><br> **Elmhurst Memorial Hospital** <br> **Elmhurst Memorial Healthcare** <br> **75 Remittance Drive, Ste. 6383** <br> **Chicago, IL 60675-6383** | | - | | **on or about 2001 - 2012** <br> **Medical services** | | | | **Unknown** |
| Account No. <br><br> **Computer Credit, Inc.** <br> **640 West Fourth Street** <br> **P.O. Box 5238** <br> **Winston Salem, NC 27113** | | | | **Representing:** <br> **Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No. <br><br> **Pellettieri & Associates, Ltd.** <br> **991 Oak Creek Drive** <br> **Lombard, IL 60148** | | | | **Representing:** <br> **Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No. **8080080238** <br><br> **Elmhurst Outpatient Surgery Center** <br> **1200 S. York Road, Ste. 1400** <br> **Elmhurst, IL 60126** | | - | | **on or about 2004 - 2007** <br> **Medical services** | | | | **59.00** |

Sheet no. __27__ of __74__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **59.00**

B6F (Official Form 6F) (12/07) - Cont.

In re      **JODI L. KOENIG**                                                    ,          Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Merchants' Credit Guide Company**<br>**223 W. Jackson Blvd., #400**<br>**Chicago, IL 60606** | | | | **Representing:**<br>**Elmhurst Outpatient Surgery Center** | | | | **Notice Only** |
| Account No. **106518** <br><br>**Elmhurst Outpatient Surgery Center**<br>**1200 S. York Road, Ste. 1400**<br>**Elmhurst, IL 60126** | | - | | **on or about 2004 - 2007**<br>**Medical services** | | | | **5,295.00** |
| Account No. <br><br>**Merchants' Credit Guide Company**<br>**223 W. Jackson Blvd., #400**<br>**Chicago, IL 60606** | | | | **Representing:**<br>**Elmhurst Outpatient Surgery Center** | | | | **Notice Only** |
| Account No. <br><br>**Elmhurst Outpatient Surgery Center**<br>**1200 S. York Road, Ste. 1400**<br>**Elmhurst, IL 60126** | | - | | **on or about 2004 - 2007**<br>**Medical services** | | | | **107.00** |
| Account No. <br><br>**Merchants' Credit Guide Company**<br>**223 W. Jackson Blvd., #400**<br>**Chicago, IL 60606** | | | | **Representing:**<br>**Elmhurst Outpatient Surgery Center** | | | | **Notice Only** |

Sheet no. __**28**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,402.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JODI L. KOENIG** _____,   Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **various** <br><br> **Elmhurst Outpatient Surgery Center** <br> **1200 S. York Road, Ste. 1400** <br> **Elmhurst, IL 60126** | - | | | **on or about 2001 - 2012** <br> **Medical services** | | | | **Unknown** |
| Account No. <br><br> **Merchants' Credit Guide Company** <br> **223 W. Jackson Blvd., #400** <br> **Chicago, IL 60606** | | | | **Representing:** <br> **Elmhurst Outpatient Surgery Center** | | | | **Notice Only** |
| Account No.  2825906353 <br><br> **Elmhurst Radiologists, S.C.** <br> **200 N. Berteau Avenue** <br> **Elmhurst, IL 60126** | - | | | **on or about 2004 - 2007** <br> **Medical services** | | | | **1,041.00** |
| Account No. <br><br> **Elmhurst Radiologists, S.C.** <br> **PO Box 1035** <br> **Bedford Park, IL 60499** | | | | **Representing:** <br> **Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No. <br><br> **Northwest Collectors Inc.** <br> **3601 Algonquin Rd., Ste. 232** <br> **Rolling Meadows, IL 60008** | | | | **Representing:** <br> **Elmhurst Radiologists, S.C.** | | | | **Notice Only** |

Sheet no. __**29**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,041.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG** _____ ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2825704203** <br><br> **Elmhurst Radiologists, S.C.** <br> **200 N. Berteau Avenue** <br> **Elmhurst, IL 60126** | - | | | **on or about 2004 - 2007** <br> **Medical services** | | | | **542.00** |
| Account No. <br><br> **Elmhurst Radiologists, S.C.** <br> **PO Box 1035** <br> **Bedford Park, IL 60499** | | | | **Representing:** <br> **Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No. <br><br> **Northwest Collectors Inc.** <br> **3601 Algonquin Rd., Ste. 232** <br> **Rolling Meadows, IL 60008** | | | | **Representing:** <br> **Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No. **A461-0011695-03** <br><br> **Elmhurst Radiologists, S.C.** <br> **200 N. Berteau Avenue** <br> **Elmhurst, IL 60126** | - | | | **on or about 2004 - 2007** <br> **Medical services** | | | | **14.00** |
| Account No. <br><br> **Elmhurst Radiologists, S.C.** <br> **PO Box 1035** <br> **Bedford Park, IL 60499** | | | | **Representing:** <br> **Elmhurst Radiologists, S.C.** | | | | **Notice Only** |

Sheet no. __**30**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**556.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JODI L. KOENIG** _____,   Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Northwest Collectors Inc.** <br> **3601 Algonquin Rd., Ste. 232** <br> **Rolling Meadows, IL 60008** | | | | **Representing:** <br> **Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No. <br><br> **Elmhurst Radiologists, S.C.** <br> **200 N. Berteau Avenue** <br> **Elmhurst, IL 60126** | | - | | **on or about 2004 - 2007** <br> **Medical services** | | | | **911.00** |
| Account No. <br><br> **Elmhurst Radiologists, S.C.** <br> **PO Box 1035** <br> **Bedford Park, IL 60499** | | | | **Representing:** <br> **Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No. <br><br> **Northwest Collectors Inc.** <br> **3601 Algonquin Rd., Ste. 232** <br> **Rolling Meadows, IL 60008** | | | | **Representing:** <br> **Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No. <br><br> **Elmhurst Radiologists, S.C.** <br> **200 N. Berteau Avenue** <br> **Elmhurst, IL 60126** | | - | | **on or about 2004 - 2007** <br> **Medical services** | | | | **100.20** |

Sheet no. __31__ of __74__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,011.20**

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG**                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Elmhurst Radiologists, S.C.** **PO Box 1035** **Bedford Park, IL 60499** | | | | Representing: **Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Northwest Collectors Inc.** **3601 Algonquin Rd., Ste. 232** **Rolling Meadows, IL 60008** | | | | Representing: **Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No.  **A461-0011695-04** | | | | on or about 2004 - 2007 Medical services | | | | |
| **Elmhurst Radiologists, S.C.** **200 N. Berteau Avenue** **Elmhurst, IL 60126** | - | | | | | | | **11.00** |
| Account No. | | | | | | | | |
| **Elmhurst Radiologists, S.C.** **PO Box 1035** **Bedford Park, IL 60499** | | | | Representing: **Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Northwest Collectors Inc.** **3601 Algonquin Rd., Ste. 232** **Rolling Meadows, IL 60008** | | | | Representing: **Elmhurst Radiologists, S.C.** | | | | **Notice Only** |

Sheet no. __32__ of __74__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG**                                              ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **A461-0011695-07** <br><br> **Elmhurst Radiologists, S.C.** <br> **200 N. Berteau Avenue** <br> **Elmhurst, IL 60126** | - | | | **on or about 2004 - 2007** <br> **Medical services** | | | | **90.00** |
| Account No. <br><br> **Elmhurst Radiologists, S.C.** <br> **PO Box 1035** <br> **Bedford Park, IL 60499** | | | | **Representing:** <br> **Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No. <br><br> **Northwest Collectors Inc.** <br> **3601 Algonquin Rd., Ste. 232** <br> **Rolling Meadows, IL 60008** | | | | **Representing:** <br> **Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No. **A461-0011695-08** <br><br> **Elmhurst Radiologists, S.C.** <br> **200 N. Berteau Avenue** <br> **Elmhurst, IL 60126** | - | | | **on or about 2004 - 2007** <br> **Medical services** | | | | **195.00** |
| Account No. <br><br> **Elmhurst Radiologists, S.C.** <br> **PO Box 1035** <br> **Bedford Park, IL 60499** | | | | **Representing:** <br> **Elmhurst Radiologists, S.C.** | | | | **Notice Only** |

Sheet no. __**33**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**285.00**

    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **JODI L. KOENIG** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Representing: | | | | |
| **Northwest Collectors Inc. 3601 Algonquin Rd., Ste. 232 Rolling Meadows, IL 60008** | | | | | **Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No. **A461-0011695-11** | | | | | **on or about 2004 - 2007 Medical services** | | | | |
| **Elmhurst Radiologists, S.C. 200 N. Berteau Avenue Elmhurst, IL 60126** | | - | | | | | | | **200.00** |
| Account No. | | | | | Representing: | | | | |
| **Elmhurst Radiologists, S.C. PO Box 1035 Bedford Park, IL 60499** | | | | | **Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No. | | | | | Representing: | | | | |
| **Northwest Collectors Inc. 3601 Algonquin Rd., Ste. 232 Rolling Meadows, IL 60008** | | | | | **Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No. **A461-0011695-12** | | | | | **on or about 2004 - 2007 Medical services** | | | | |
| **Elmhurst Radiologists, S.C. 200 N. Berteau Avenue Elmhurst, IL 60126** | | - | | | | | | | **150.00** |

Sheet no. __**34**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**350.00**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **JODI L. KOENIG**                                          ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Elmhurst Radiologists, S.C.**<br>**PO Box 1035**<br>**Bedford Park, IL 60499** | | | **Representing:**<br>**Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No. <br><br>**Northwest Collectors Inc.**<br>**3601 Algonquin Rd., Ste. 232**<br>**Rolling Meadows, IL 60008** | | | **Representing:**<br>**Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No. **A461-0011695-14**<br><br>**Elmhurst Radiologists, S.C.**<br>**200 N. Berteau Avenue**<br>**Elmhurst, IL 60126** | - | | **on or about 2004 - 2007**<br>**Medical services** | | | | **85.00** |
| Account No. <br><br>**Elmhurst Radiologists, S.C.**<br>**PO Box 1035**<br>**Bedford Park, IL 60499** | | | **Representing:**<br>**Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No. <br><br>**Northwest Collectors Inc.**<br>**3601 Algonquin Rd., Ste. 232**<br>**Rolling Meadows, IL 60008** | | | **Representing:**<br>**Elmhurst Radiologists, S.C.** | | | | **Notice Only** |

Sheet no. **35** of **74** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **85.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JODI L. KOENIG** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **A461-0011695-15**<br><br>**Elmhurst Radiologists, S.C.**<br>**200 N. Berteau Avenue**<br>**Elmhurst, IL 60126** | - | | | **on or about 2004 - 2007**<br>**Medical services** | | | | **15.20** |
| Account No.<br><br>**Elmhurst Radiologists, S.C.**<br>**PO Box 1035**<br>**Bedford Park, IL 60499** | | | | **Representing:**<br>**Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No.<br><br>**Northwest Collectors Inc.**<br>**3601 Algonquin Rd., Ste. 232**<br>**Rolling Meadows, IL 60008** | | | | **Representing:**<br>**Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No. **A461-0011695-16**<br><br>**Elmhurst Radiologists, S.C.**<br>**200 N. Berteau Avenue**<br>**Elmhurst, IL 60126** | - | | | **on or about 2004 - 2007**<br>**Medical services** | | | | **30.00** |
| Account No.<br><br>**Elmhurst Radiologists, S.C.**<br>**PO Box 1035**<br>**Bedford Park, IL 60499** | | | | **Representing:**<br>**Elmhurst Radiologists, S.C.** | | | | **Notice Only** |

Sheet no. **_36_** of **_74_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **45.20**

B6F (Official Form 6F) (12/07) - Cont.

In re  **JODI L. KOENIG**                                              , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Northwest Collectors Inc.**<br>**3601 Algonquin Rd., Ste. 232**<br>**Rolling Meadows, IL 60008** | | | Representing:<br>**Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No. **various**<br><br>**Elmhurst Radiologists, S.C.**<br>**200 N. Berteau Avenue**<br>**Elmhurst, IL 60126** | | - | on or about 2001 - 2012<br>**Medical services** | | | | **Unknown** |
| Account No.<br><br>**Elmhurst Radiologists, S.C.**<br>**PO Box 1035**<br>**Bedford Park, IL 60499** | | | Representing:<br>**Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No.<br><br>**Northwest Collectors Inc.**<br>**3601 Algonquin Rd., Ste. 232**<br>**Rolling Meadows, IL 60008** | | | Representing:<br>**Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No. **18283608**<br><br>**Enhanced Recovery Corp.**<br>**Enhanced Recovery Co., LLC**<br>**8014 Bayberry Road**<br>**Jacksonville, FL 32256** | | - | Opened  4/21/09  Last Active  9/01/06<br>**Collection on account for and/or acquired from Sprint** | | | | **353.00** |

Sheet no. __37__ of __74__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | **353.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG**                                    ,      Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W JC | | | | | | |
| Account No. **G36160034** <br><br> **Gottlieb Memorial Hospital** <br> **701 W. North Avenue** <br> **Melrose Park, IL 60160** | - | | | **on or about 2004 - 2007** <br> **Medical services** | | | | **150.00** |
| Account No. <br><br> **Gottlieb Memorial Hospital** <br> **PO Box 74867** <br> **Chicago, IL 60694** | | | | **Representing:** <br> **Gottlieb Memorial Hospital** | | | | **Notice Only** |
| Account No. <br><br> **Powers & Moon, LLC** <br> **707 Lake Cook Road, Ste. 102** <br> **Deerfield, IL 60015** | | | | **Representing:** <br> **Gottlieb Memorial Hospital** | | | | **Notice Only** |
| Account No. **G35637065** <br><br> **Gottlieb Memorial Hospital** <br> **701 W. North Avenue** <br> **Melrose Park, IL 60160** | - | | | **on or about 2004 - 2007** <br> **Medical services** | | | | **150.00** |
| Account No. <br><br> **Gottlieb Memorial Hospital** <br> **PO Box 74867** <br> **Chicago, IL 60694** | | | | **Representing:** <br> **Gottlieb Memorial Hospital** | | | | **Notice Only** |

Sheet no. __**38**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

             Subtotal
        (Total of this page)         **300.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG**                                                   ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Powers & Moon, LLC**<br>**707 Lake Cook Road, Ste. 102**<br>**Deerfield, IL 60015** | | | | **Representing:**<br>**Gottlieb Memorial Hospital** | | | | **Notice Only** |
| Account No. **various**<br><br>**Gottlieb Memorial Hospital**<br>**701 W. North Avenue**<br>**Melrose Park, IL 60160** | | - | | **on or about 2001 - 2012**<br>**Medical services** | | | | **Unknown** |
| Account No.<br><br>**Gottlieb Memorial Hospital**<br>**PO Box 74867**<br>**Chicago, IL 60694** | | | | **Representing:**<br>**Gottlieb Memorial Hospital** | | | | **Notice Only** |
| Account No.<br><br>**Powers & Moon, LLC**<br>**707 Lake Cook Road, Ste. 102**<br>**Deerfield, IL 60015** | | | | **Representing:**<br>**Gottlieb Memorial Hospital** | | | | **Notice Only** |
| Account No.<br><br>**Harris, N.A.**<br>**111 W. Monroe Street**<br>**Chicago, IL 60603** | | - | | **Claim against Debtor for for balance due on credit account , plus court costs, atty's fees and statutory interest, in lawsuit filed in Circuit Court of Cook County, Case No. 2007-M3-003690** | | | | **8,341.91** |

Sheet no. __**39**__ of __**74**__ sheets attached to Schedule of                              Subtotal
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)                  **8,341.91**

B6F (Official Form 6F) (12/07) - Cont.

In re     **JODI L. KOENIG** _____ ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Riebandt & DeWald, P.C.** <br> **1237 S. Arlington Heights Road** <br> **Arlington Heights, IL 60006** | | | Representing: <br> Harris, N.A. | | | | **Notice Only** |
| Account No. 5438-5700-0417-6957 <br><br> **Household Bank** <br> **HSBC Bank Nevada, N.A.** <br> **P.O. Box 4144** <br> **Carol Stream, IL 60197** | | - | on or about 2001 - 2012 <br> Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items. | | | | **1,512.08** |
| Account No. <br><br> **Capital Management Services, LP** <br> **726 Exchange Street, Ste. 700** <br> **Buffalo, NY 14210** | | | Representing: <br> Household Bank | | | | **Notice Only** |
| Account No. 9767666 <br><br> **Illinois Collection Service Inc.** <br> **8231 185th St., Ste 100** <br> **Tinley Park, IL 60487** | | - | Opened  5/02/07 <br> Collection on account for and/or acquired from Westlake Hospital | | | | **321.00** |
| Account No. 12979489 <br><br> **Illinois Collection Service Inc.** <br> **8231 185th St., Ste 100** <br> **Tinley Park, IL 60487** | | - | Opened  3/11/11 <br> Collection on account for and/or acquired from M W S | | | | **302.00** |

Sheet no. __40__ of __74__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,135.08**

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG**                                                    ,      Case No. _____
                                                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2928975788003**<br><br>**Jefferson Capital System**<br>**16 Mcleland Road**<br>**Saint Cloud, MN 56303** | - | | Opened 11/11/11  Last Active 11/13/11<br>Collection on account for and/or acquired from Charter One Bank Che | | | | 569.00 |
| Account No. **A 11578**<br><br>**Kalsi, Charanjit K., M.D.**<br>**1200 S. York Road, Ste. 4250**<br>**Elmhurst, IL 60126** | - | | on or about 2004 - 2007<br>Medical services | | | | 20.00 |
| Account No. **186959**<br><br>**Lauck, M., S.C.**<br>**360 W. Butterfield Road, Ste. 220**<br>**Elmhurst, IL 60126** | - | | on or about 2004 - 2007<br>Medical services | | | | 318.60 |
| Account No.<br><br>**American Credit Bureau**<br>**2755 S Federal Hwy**<br>**Boynton Beach, FL 33435** | | | Representing:<br>Lauck, M., S.C. | | | | Notice Only |
| Account No.<br><br>**American Credit Bureau, Inc.**<br>**1200 N. Federal Highway, Ste. 200**<br>**Boca Raton, FL 33432** | | | Representing:<br>Lauck, M., S.C. | | | | Notice Only |

Sheet no. __41__ of __74__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **907.60**

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG** _____ ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br> **Malecki, J.M., DDS** <br> **538 W. North Avenue** <br> **Elmhurst, IL 60126** | - | | | | on or about 2001 - 2012 <br> **Dental services** | | | | 55.00 |
| Account No. **19339  716** <br><br> **Medical Business Bureau, LLC** <br> **1460 Renaissance Drive, Ste. 400** <br> **Park Ridge, IL 60068** | - | | | | Opened 7/13/10 Last Active 3/01/10 <br> **Collection on account for and/or acquired** <br> **from Elmhurst Emergency Med Services** | | | | 745.00 |
| Account No. **19339014** <br><br> **Medical Business Bureau, LLC** <br> **1460 Renaissance Drive, Ste. 400** <br> **Park Ridge, IL 60068** | - | | | | Opened 1/05/08 Last Active 12/01/07 <br> **Collection on account for and/or acquired** <br> **from Elmhurst Emergency Med Services** | | | | 451.00 |
| Account No. **19339149** <br><br> **Medical Business Bureau, LLC** <br> **1460 Renaissance Drive, Ste. 400** <br> **Park Ridge, IL 60068** | - | | | | Opened 9/15/11 <br> **Collection on account for and/or acquired** <br> **from Elmhurst Emergency Med Services** | | | | 378.00 |
| Account No. **19339  441** <br><br> **Medical Business Bureau, LLC** <br> **1460 Renaissance Drive, Ste. 400** <br> **Park Ridge, IL 60068** | - | | | | Opened 11/06/09 Last Active 6/01/09 <br> **Collection on account for and/or acquired** <br> **from Elmhurst Emergency Med Services** | | | | 349.00 |

Sheet no. __**42**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,978.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **00000601003**  Medical Business Bureau, LLC 1460 Renaissance Drive, Ste. 400 Park Ridge, IL 60068 | - | | Opened 1/02/07 Collection on account for and/or acquired from Elmhurst Anesthesiologists, PC | | | | 64.00 |
| Account No. **601003**  Medical Business Bureau, LLC 1460 Renaissance Drive, Ste. 400 Park Ridge, IL 60068 | - | | Opened 1/02/07 Last Active 7/01/06 Collection on account for and/or acquired from Elmhurst Anesthesiologists, PC | | | | 64.00 |
| Account No. **19339717**  Medical Business Bureau, LLC 1460 Renaissance Drive, Ste. 400 Park Ridge, IL 60068 | - | | Opened 7/13/10 Last Active 3/01/10 Collection on account for and/or acquired from Elmhurst Emergency Med Services | | | | 55.00 |
| Account No. **19339150**  Medical Business Bureau, LLC 1460 Renaissance Drive, Ste. 400 Park Ridge, IL 60068 | - | | Opened 9/15/11 Last Active 4/01/11 Collection on account for and/or acquired from Elmhurst Emergency Med Services | | | | 50.00 |
| Account No. **19339442**  Medical Business Bureau, LLC 1460 Renaissance Drive, Ste. 400 Park Ridge, IL 60068 | - | | Opened 11/06/09 Last Active 6/01/09 Collection on account for and/or acquired from Elmhurst Emergency Med Services | | | | 50.00 |

Sheet no. __43__ of __74__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

283.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **JODI L. KOENIG** _____ ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8080080238**<br><br>Merchants' Credit Guide Company<br>223 W. Jackson Blvd., #400<br>Chicago, IL 60606 | - | | Opened  1/08/08<br>Collection on account for and/or acquired from Elmhurst Outpatient Surgery Center | | | | 59.00 |
| Account No. **68387**<br><br>Midwest Digestive Disease Specialis<br>360 W. Butterfield Road, Ste. 280<br>Elmhurst, IL 60126 | - | | on or about 2004 - 2007<br>Medical services | | | | 356.40 |
| Account No.<br><br>Merchants' Credit Guide Company<br>223 W. Jackson Blvd., #400<br>Chicago, IL 60606 | | | Representing:<br>Midwest Digestive Disease Specialis | | | | Notice Only |
| Account No. **various**<br><br>Midwest Digestive Disease Specialis<br>360 W. Butterfield Road, Ste. 280<br>Elmhurst, IL 60126 | - | | on or about 2001 - 2012<br>Medical services | | | | Unknown |
| Account No.<br><br>Merchants' Credit Guide Company<br>223 W. Jackson Blvd., #400<br>Chicago, IL 60606 | | | Representing:<br>Midwest Digestive Disease Specialis | | | | Notice Only |

Sheet no. **44** of **74** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**415.40**

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG**                                              ,      Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **13540-4**<br><br>**Midwest Physical Therapy Center**<br>**500 Park Blvd.**<br>**Itasca, IL 60143** | - | | | **on or about 2004 - 2007**<br>**Medical services** | | | | **991.20** |
| Account No.<br><br>**Creditors Collection Bureau, Inc.**<br>**755 Almar Parkway**<br>**Bourbonnais, IL 60914** | | | | **Representing:**<br>**Midwest Physical Therapy Center** | | | | **Notice Only** |
| Account No.<br><br>**Creditors Collection Bureau, Inc.**<br>**PO Box 63**<br>**Kankakee, IL 60901** | | | | **Representing:**<br>**Midwest Physical Therapy Center** | | | | **Notice Only** |
| Account No. **various**<br><br>**Midwest Physical Therapy Center**<br>**500 Park Blvd.**<br>**Itasca, IL 60143** | - | | | **on or about 2001 - 2012**<br>**Medical services** | | | | **Unknown** |
| Account No.<br><br>**Creditors Collection Bureau, Inc.**<br>**755 Almar Parkway**<br>**Bourbonnais, IL 60914** | | | | **Representing:**<br>**Midwest Physical Therapy Center** | | | | **Notice Only** |

Sheet no. __**45**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**991.20**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JODI L. KOENIG** _____,   Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditors Collection Bureau, Inc.**<br>**PO Box 63**<br>**Kankakee, IL 60901** | | | Representing:<br>**Midwest Physical Therapy Center** | | | | **Notice Only** |
| Account No. **639866901152 / JLK06**<br><br>**Midwest Pulmonary Associates, SC**<br>**802 E. Woodfield Road**<br>**Schaumburg, IL 60173** | - | | on or about 2001 - 2012<br>**Medical services** | | | | **730.00** |
| Account No.<br><br>**Dependon Collection Service**<br>**P.O. Box 4833**<br>**Oak Brook, IL 60522** | | | Representing:<br>**Midwest Pulmonary Associates, SC** | | | | **Notice Only** |
| Account No.<br><br>**Midwest Pulmonary Associates**<br>**2340 S. Highland Avenue, Ste. 230**<br>**Lombard, IL 60148** | | | Representing:<br>**Midwest Pulmonary Associates, SC** | | | | **Notice Only** |
| Account No. **various**<br><br>**Midwest Pulmonary Associates, SC**<br>**802 E. Woodfield Road**<br>**Schaumburg, IL 60173** | - | | on or about 2001 - 2012<br>**Medical services** | | | | **Unknown** |

Sheet no. __**46**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**730.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JODI L. KOENIG**                        ,      Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Dependon Collection Service**<br>**P.O. Box 4833**<br>**Oak Brook, IL 60522** | | | | **Representing:**<br>**Midwest Pulmonary Associates, SC** | | | | **Notice Only** |
| Account No. <br><br>**Midwest Pulmonary Associates**<br>**2340 S. Highland Avenue, Ste. 230**<br>**Lombard, IL 60148** | | | | **Representing:**<br>**Midwest Pulmonary Associates, SC** | | | | **Notice Only** |
| Account No. **05-261121 / 000774630**<br><br>**Northlake Fire Protection District**<br>**PO Box 1368**<br>**Elmhurst, IL 60126** | | - | | **on or about 2004 - 2007**<br>**Claim for balance due on account for services rendered** | | | | **744.00** |
| Account No. <br><br>**Alliance Asset Management, Inc.**<br>**330 Georgetown Square, Ste. 104**<br>**Wood Dale, IL 60191** | | | | **Representing:**<br>**Northlake Fire Protection District** | | | | **Notice Only** |
| Account No. **2825906353**<br><br>**Northwest Collectors**<br>**3601 Algonquin Rd Ste 23**<br>**Rolling Meadows, IL 60008** | | - | | **Opened  2/11/08  Last Active 12/01/07**<br>**Collection on account for and/or acquired from Elmhurst Radiologists, SC** | | | | **1,041.00** |

Sheet no. __47__ of __74__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,785.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG**                                        ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 2825704203<br><br>**Northwest Collectors**<br>**3601 Algonquin Rd Ste 23**<br>**Rolling Meadows, IL 60008** | - | | | **Opened 5/17/10 Last Active 3/01/10**<br>**Collection on account for and/or acquired**<br>**from Elmhurst Radiologists, SC** | | | | 542.00 |
| Account No. 3252657814<br><br>**Northwest Collectors Inc.**<br>**3601 Algonquin Rd., Ste. 232**<br>**Rolling Meadows, IL 60008** | - | | | **Opened 11/16/09 Last Active 6/01/09**<br>**Collection on account for and/or acquired**<br>**from Associated Pathology** | | | | 1,823.00 |
| Account No. 3252721933<br><br>**Northwest Collectors Inc.**<br>**3601 Algonquin Rd., Ste. 232**<br>**Rolling Meadows, IL 60008** | - | | | **Opened 7/26/10 Last Active 3/01/10**<br>**Collection on account for and/or acquired**<br>**from Associated Pathology** | | | | 370.00 |
| Account No. 71327 / 43984<br><br>**Orthopedic Specialists**<br>**675 W. North Avenue, Ste. 313**<br>**Melrose Park, IL 60160** | - | | | **on or about 2004 - 2007**<br>**Medical services** | | | | 123.29 |
| Account No.<br><br>**Orthopedic Specialists**<br>**360 W. Butterfield Road**<br>**Elmhurst, IL 60126** | | | | **Representing:**<br>**Orthopedic Specialists** | | | | **Notice Only** |

Sheet no. __48__ of __74__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **2,858.29**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JODI L. KOENIG** _____,   Case No. _____

                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Universal Professional Services** <br> **PO Box 278** <br> **Belleville, MI 48112** | | | | Representing: <br> **Orthopedic Specialists** | | | | **Notice Only** |
| Account No. **various** <br><br> **Orthopedic Specialists** <br> **675 W. North Avenue, Ste. 313** <br> **Melrose Park, IL 60160** | | - | | **on or about 2001 - 2012** <br> **Medical services** | | | | **Unknown** |
| Account No. <br><br> **Orthopedic Specialists** <br> **360 W. Butterfield Road** <br> **Elmhurst, IL 60126** | | | | Representing: <br> **Orthopedic Specialists** | | | | **Notice Only** |
| Account No. <br><br> **Universal Professional Services** <br> **PO Box 278** <br> **Belleville, MI 48112** | | | | Representing: <br> **Orthopedic Specialists** | | | | **Notice Only** |
| Account No. **192355-QMASO** <br><br> **Pathology CHP S.C.** <br> **PO Box 2486** <br> **Indianapolis, IN 46206** | | - | | **on or about 2004 - 2007** <br> **Medical services** | | | | **68.00** |

Sheet no. __**49**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**68.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **various**<br><br>**Pathology CHP S.C.**<br>**PO Box 2486**<br>**Indianapolis, IN 46206** | - | | on or about 2001 - 2012<br>**Medical services** | | | | **Unknown** |
| Account No. **4559-5124-0070-4962**<br><br>**Portfolio Recovery Associates, LLC**<br>**P.O. Box 12914**<br>**Norfolk, VA 23541** | - | | **Claim for balance due on credit account acquired from Providian National Bank and/or Washington Mutual Bank** | | | | **1,443.55** |
| Account No.<br><br>**Portfolio Recovery Associates, LLC**<br>**120 Corporate Blvd.**<br>**Norfolk, VA 23502** | | | **Representing:**<br>**Portfolio Recovery Associates, LLC** | | | | **Notice Only** |
| Account No.<br><br>**Portfolio Recovery Associates, LLC**<br>**PO Box 12903**<br>**Norfolk, VA 23541** | | | **Representing:**<br>**Portfolio Recovery Associates, LLC** | | | | **Notice Only** |
| Account No. **4559-5124-0070-4962**<br><br>**Providian National Bank**<br>**PO Box 9023**<br>**Pleasanton, CA 94566** | - | | on or about 2001 - 2012<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **1,443.55** |

Sheet no. __**50**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,887.10**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JODI L. KOENIG**                                                            ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| **Portfolio Recovery Associates, LLC 120 Corporate Blvd. Norfolk, VA 23502** | | | | **Representing: Providian National Bank** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Portfolio Recovery Associates, LLC P.O. Box 12914 Norfolk, VA 23541** | | | | **Representing: Providian National Bank** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Portfolio Recovery Associates, LLC PO Box 12903 Norfolk, VA 23541** | | | | **Representing: Providian National Bank** | | | | **Notice Only** |
| Account No. 958992 | | - | | **on or about 2004 - 2007 Medical services** | | | | |
| **Radiology Consultants. Ltd. 1730 Park Street, Ste. 101 Naperville, IL 60563** | | | | | | | | **20.80** |
| Account No. | | | | | | | | |
| **KCA Financial Services, Inc. 628 North Street PO Box 3 Geneva, IL 60134** | | | | **Representing: Radiology Consultants. Ltd.** | | | | **Notice Only** |

Sheet no. __51__ of __74__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**20.80**

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG** _____ ,    Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **various**<br><br>**Radiology Consultants. Ltd.**<br>**1730 Park Street, Ste. 101**<br>**Naperville, IL 60563** | - | | | **on or about 2001 - 2012**<br>**Medical services** | | | | **Unknown** |
| Account No.<br><br>**KCA Financial Services, Inc.**<br>**628 North Street**<br>**PO Box 3**<br>**Geneva, IL 60134** | | | | **Representing:**<br>**Radiology Consultants. Ltd.** | | | | **Notice Only** |
| Account No. **18283608**<br><br>**Sprint**<br>**6200 Sprint Parkway**<br>**Overland Park, KS 66251** | - | | | **on or about 2004 - 2012**<br>**Claim for balance due on telephone service account** | | | | **353.00** |
| Account No.<br><br>**Enhanced Recovery Corp.**<br>**Enhanced Recovery Co., LLC**<br>**8014 Bayberry Road**<br>**Jacksonville, FL 32256** | | | | **Representing:**<br>**Sprint** | | | | **Notice Only** |
| Account No.<br><br>**Pentagroup Financial, LLC**<br>**5959 Corporate Drive, Ste. 1400**<br>**Houston, TX 77036** | | | | **Representing:**<br>**Sprint** | | | | **Notice Only** |

Sheet no. __**52**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**353.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Pentagroup Financial, LLC** **P.O. Box 742209** **Houston, TX 77274** | | | Representing: **Sprint** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Sanjay Jutla** **55 E. Jackson, 16th Floor** **Chicago, IL 60604** | | | Representing: **Sprint** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Sprint** **6200 Sprint Parkway** **Overland Park, KS 66251** | | | Representing: **Sprint** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Sprint** **PO Box 660075** **Dallas, TX 75266** | | | Representing: **Sprint** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Sprint** **PO Box 4191** **Carol Stream, IL 60197** | | | Representing: **Sprint** | | | | **Notice Only** |

Sheet no. __**53**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG**                                                      ,      Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sprint**<br>**Sprint Customer Service**<br>**PO Box 8077**<br>**London, KY 40742** | | | | **Representing:**<br>**Sprint** | | | | **Notice Only** |
| Account No.<br><br>**Sprint**<br>**c/o I. C. Systems, Inc.**<br>**P.O. Box 64378**<br>**Saint Paul, MN 55164** | | | | **Representing:**<br>**Sprint** | | | | **Notice Only** |
| Account No.<br><br>**Sprint**<br>**PO Box 3827**<br>**Englewood, CO 80155** | | | | **Representing:**<br>**Sprint** | | | | **Notice Only** |
| Account No.<br><br>**Sprint**<br>**c/o Afni, Inc.**<br>**PO Box 3517**<br>**Bloomington, IL 61702** | | | | **Representing:**<br>**Sprint** | | | | **Notice Only** |
| Account No.<br><br>**Sprint**<br>**c/o I. C. Systems, Inc.**<br>**P.O. Box 64378**<br>**Saint Paul, MN 55164** | | | | **Representing:**<br>**Sprint** | | | | **Notice Only** |

Sheet no. __54__ of __74__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JODI L. KOENIG**                                              ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **180565831** <br><br> **Sprint** <br> **6200 Sprint Parkway** <br> **Overland Park, KS 66251** | - | | | on or about 2004 - 2012 <br> **Claim for balance due on telephone service account** | | | | 352.95 |
| Account No. <br><br> **Enhanced Recovery Corp.** <br> **Enhanced Recovery Co., LLC** <br> **8014 Bayberry Road** <br> **Jacksonville, FL 32256** | | | | **Representing:** <br> **Sprint** | | | | Notice Only |
| Account No. <br><br> **Pentagroup Financial, LLC** <br> **P.O. Box 742209** <br> **Houston, TX 77274** | | | | **Representing:** <br> **Sprint** | | | | Notice Only |
| Account No. <br><br> **Pentagroup Financial, LLC** <br> **5959 Corporate Drive, Ste. 1400** <br> **Houston, TX 77036** | | | | **Representing:** <br> **Sprint** | | | | Notice Only |
| Account No. <br><br> **Sanjay Jutla** <br> **55 E. Jackson, 16th Floor** <br> **Chicago, IL 60604** | | | | **Representing:** <br> **Sprint** | | | | Notice Only |

Sheet no. __**55**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

352.95

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG**                                                      ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Sprint** <br> **PO Box 660075** <br> **Dallas, TX 75266** | | | **Representing:** <br> **Sprint** | | | | **Notice Only** |
| Account No. <br><br> **Sprint** <br> **PO Box 4191** <br> **Carol Stream, IL 60197** | | | **Representing:** <br> **Sprint** | | | | **Notice Only** |
| Account No. <br><br> **Sprint** <br> **Sprint Customer Service** <br> **PO Box 8077** <br> **London, KY 40742** | | | **Representing:** <br> **Sprint** | | | | **Notice Only** |
| Account No. <br><br> **Sprint** <br> **c/o I. C. Systems, Inc.** <br> **P.O. Box 64378** <br> **Saint Paul, MN 55164** | | | **Representing:** <br> **Sprint** | | | | **Notice Only** |
| Account No. <br><br> **Sprint** <br> **c/o Afni, Inc.** <br> **PO Box 3517** <br> **Bloomington, IL 61702** | | | **Representing:** <br> **Sprint** | | | | **Notice Only** |

Sheet no. __**56**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal            
(Total of this page)             **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **JODI L. KOENIG**                                        ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Representing: | | | | |
| **Sprint** **PO Box 3827** **Englewood, CO 80155** | | | **Sprint** | | | | **Notice Only** |
| Account No. | | | on or about 2001 - 2012 Deantal services | | | | |
| **Stipak, James, DDS** **4747 N. Harlem Avenue** **Harwood Heights, IL 60706** | | - | | | | | **192.97** |
| Account No. | | | Representing: | | | | |
| **I.C. System, Inc.** **444 Highway 96 East** **P.O. Box 64837** **Saint Paul, MN 55164** | | | **Stipak, James, DDS** | | | | **Notice Only** |
| Account No. | | | on or about 2010 - 2012 Dental services | | | | |
| **Strohschein, Manfred, DDS** **105 S. State Street** **Marengo, IL 60152** | | - | | | | | **776.00** |
| Account No. 474481946 | | | on or about 2004 - 2012 Claim for balance due on telephone service account | | | | |
| **T-Mobile** **PO Box 790047** **Saint Louis, MO 63179** | | - | | | | | **348.31** |

Sheet no. __57__ of __74__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,317.28**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JODI L. KOENIG** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**T-Mobile**<br>**PO Box 742596**<br>**Cincinnati, OH 45274** | | | **Representing:**<br>**T-Mobile** | | | | **Notice Only** |
| Account No. <br><br>**T-Mobile Financial**<br>**PO Box 2400**<br>**Young America, MN 55553** | | | **Representing:**<br>**T-Mobile** | | | | **Notice Only** |
| Account No.  **706216982**<br><br>**U.S. Cellular**<br>**8410 W. Bryn Mawr, Ste. 700**<br>**Chicago, IL 60631** | - | | **on or about 2004 - 2012**<br>**Claim for balance due on telephone service account** | | | | **229.42** |
| Account No. <br><br>**Afni, Inc.**<br>**404 Brock Drive**<br>**P.O. Box 3517**<br>**Bloomington, IL 61702** | | | **Representing:**<br>**U.S. Cellular** | | | | **Notice Only** |
| Account No. <br><br>**Afni, Inc.**<br>**PO Box 3097**<br>**Bloomington, IL 61702** | | | **Representing:**<br>**U.S. Cellular** | | | | **Notice Only** |

Sheet no. __**58**__ of __**74**__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**229.42**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JODI L. KOENIG**                                                      ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**U.S. Cellular<br>Dept. 0203<br>Palatine, IL 60055** | | | Representing:<br>U.S. Cellular | | | | **Notice Only** |
| Account No. **000047866**<br><br>**Village of Melrose Park, IL<br>1000 N. 25th Avenue<br>Melrose Park, IL 60160** | | - | on or about 2001 - 2007<br>Claim for balance due on account | | | | **40.00** |
| Account No.<br><br>**Premier Credit Corp.<br>PO Box 2655<br>Des Plaines, IL 60017** | | | Representing:<br>Village of Melrose Park, IL | | | | **Notice Only** |
| Account No. ****-****-****-**7184**<br><br>**Vion Holdings, LLC<br>400 Interstate North Parkway<br>PO Box 39<br>Atlanta, GA 30339** | | - | Claim for balance due on account acquired from Westlake Hospital | | | | **528.82** |
| Account No.<br><br>**Credit Control, LLC<br>5757 Phantom Drive, Ste. 330<br>Hazelwood, MO 63042** | | | Representing:<br>Vion Holdings, LLC | | | | **Notice Only** |

Sheet no. __**59**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**568.82**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JODI L. KOENIG**                               ,      Case No. _____

                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **various** <br><br>**Vion Holdings, LLC** <br>**400 Interstate North Parkway** <br>**PO Box 39** <br>**Atlanta, GA 30339** | - | | | **2001 - 2012** <br>**Claims for balance due on various accounts acquired from Westlake Hospital** | | | | **Unknown** |
| Account No. <br><br>**Credit Control, LLC** <br>**5757 Phantom Drive, Ste. 330** <br>**Hazelwood, MO 63042** | | | | **Representing:** <br>**Vion Holdings, LLC** | | | | **Notice Only** |
| Account No. **4559-5124-0070-4962** <br><br>**Washington Mutual Bank** <br>**PO Box 9001123** <br>**Louisville, KY 40290** | - | | | **on or about 2001 - 2012** <br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **1,443.55** |
| Account No. <br><br>**Portfolio Recovery Associates, LLC** <br>**P.O. Box 12914** <br>**Norfolk, VA 23541** | | | | **Representing:** <br>**Washington Mutual Bank** | | | | **Notice Only** |
| Account No. <br><br>**Portfolio Recovery Associates, LLC** <br>**PO Box 12903** <br>**Norfolk, VA 23541** | | | | **Representing:** <br>**Washington Mutual Bank** | | | | **Notice Only** |

Sheet no. __**60**__ of __**74**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

              Subtotal
(Total of this page)       **1,443.55**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JODI L. KOENIG** ,                                  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Portfolio Recovery Associates, LLC 120 Corporate Blvd. Norfolk, VA 23502** | | | Representing: **Washington Mutual Bank** | | | | **Notice Only** |
| Account No. **036230** | | | on or about 2004 - 2007 **Medical services** | | | | |
| **West Suburban Multi Speciality 386 N. York Road Elmhurst, IL 60126** | | - | | | | | **20.00** |
| Account No. **various** | | | on or about 2001 - 2012 **Medical services** | | | | |
| **West Suburban Multi Speciality 386 N. York Road Elmhurst, IL 60126** | | - | | | | | **Unknown** |
| Account No. **208-1-0000190993** | | | on or about 2004 - 2007 **Medical services** | | | | |
| **Westlake Emergency Physicians 520 E. 22nd Street Lombard, IL 60148** | | - | | | | | **12.80** |
| Account No. | | | | | | | |
| **Illinois Collection Service Inc. 8231 185th St., Ste 100 Tinley Park, IL 60487** | | | Representing: **Westlake Emergency Physicians** | | | | **Notice Only** |

Sheet no. __61__ of __74__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)                    **32.80**

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG** _____ ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Illinois Collection Service Inc.**<br>**PO Box 646**<br>**Oak Lawn, IL 60454** | | | | **Representing:**<br>**Westlake Emergency Physicians** | | | | **Notice Only** |
| Account No. <br><br> **Illinois Collection Service Inc.**<br>**P.O. Box 1010**<br>**Tinley Park, IL 60477** | | | | **Representing:**<br>**Westlake Emergency Physicians** | | | | **Notice Only** |
| Account No.  **164119** <br><br> **Westlake Emergency Physicians**<br>**520 E. 22nd Street**<br>**Lombard, IL 60148** | | - | | **on or about 2004 - 2007**<br>**Medical services** | | | | **292.00** |
| Account No. <br><br> **Illinois Collection Service Inc.**<br>**P.O. Box 1010**<br>**Tinley Park, IL 60477** | | | | **Representing:**<br>**Westlake Emergency Physicians** | | | | **Notice Only** |
| Account No. <br><br> **Illinois Collection Service Inc.**<br>**8231 185th St., Ste 100**<br>**Tinley Park, IL 60487** | | | | **Representing:**<br>**Westlake Emergency Physicians** | | | | **Notice Only** |

Sheet no. __**62**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**292.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG** _____ ,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C / W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Illinois Collection Service Inc.** <br> **PO Box 646** <br> **Oak Lawn, IL 60454** | | | **Representing:** <br> **Westlake Emergency Physicians** | | | | **Notice Only** |
| Account No. **208-1-0000201618** <br><br> **Westlake Emergency Physicians** <br> **520 E. 22nd Street** <br> **Lombard, IL 60148** | | - | **on or about 2004 - 2007** <br> **Medical services** | | | | **321.00** |
| Account No. <br><br> **Illinois Collection Service Inc.** <br> **P.O. Box 1010** <br> **Tinley Park, IL 60477** | | | **Representing:** <br> **Westlake Emergency Physicians** | | | | **Notice Only** |
| Account No. <br><br> **Illinois Collection Service Inc.** <br> **8231 185th St., Ste 100** <br> **Tinley Park, IL 60487** | | | **Representing:** <br> **Westlake Emergency Physicians** | | | | **Notice Only** |
| Account No. <br><br> **Illinois Collection Service Inc.** <br> **PO Box 646** <br> **Oak Lawn, IL 60454** | | | **Representing:** <br> **Westlake Emergency Physicians** | | | | **Notice Only** |

Sheet no. **_63_** of **_74_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**321.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JODI L. KOENIG** _____,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **various** <br><br> **Westlake Emergency Physicians**<br>**520 E. 22nd Street**<br>**Lombard, IL 60148** | - | | on or about 2001 - 2012<br>Medical services | | | | **Unknown** |
| Account No. <br><br> **Illinois Collection Service Inc.**<br>**P.O. Box 1010**<br>**Tinley Park, IL 60477** | | | Representing:<br>Westlake Emergency Physicians | | | | **Notice Only** |
| Account No. <br><br> **Illinois Collection Service Inc.**<br>**8231 185th St., Ste 100**<br>**Tinley Park, IL 60487** | | | Representing:<br>Westlake Emergency Physicians | | | | **Notice Only** |
| Account No. <br><br> **Illinois Collection Service Inc.**<br>**PO Box 646**<br>**Oak Lawn, IL 60454** | | | Representing:<br>Westlake Emergency Physicians | | | | **Notice Only** |
| Account No. 9767666 <br><br> **Westlake Hospital**<br>**1225 W. Lake Street**<br>**Melrose Park, IL 60160** | - | | on or about 2004 - 2007<br>Medical services | | | | **321.00** |

Sheet no. __64__ of __74__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**321.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG** _____ ,    Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Credit Control, LLC** **5757 Phantom Drive, Ste. 330** **Hazelwood, MO 63042** | | | **Representing:** **Westlake Hospital** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Illinois Collection Service Inc.** **8231 185th St., Ste 100** **Tinley Park, IL 60487** | | | **Representing:** **Westlake Hospital** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Illinois Collection Service Inc.** **P.O. Box 1010** **Tinley Park, IL 60477** | | | **Representing:** **Westlake Hospital** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Illinois Collection Service Inc.** **PO Box 646** **Oak Lawn, IL 60454** | | | **Representing:** **Westlake Hospital** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Vion Holdings, LLC** **400 Interstate North Parkway** **PO Box 39** **Atlanta, GA 30339** | | | **Representing:** **Westlake Hospital** | | | | **Notice Only** |

Sheet no. __**65**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JODI L. KOENIG**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **W10265916** <br><br>**Westlake Hospital**<br>**1225 W. Lake Street**<br>**Melrose Park, IL 60160** | - | | | **on or about 2004 - 2007**<br>**Medical services** | | | | **75.00** |
| Account No. <br><br>**Credit Control, LLC**<br>**5757 Phantom Drive, Ste. 330**<br>**Hazelwood, MO 63042** | | | | **Representing:**<br>**Westlake Hospital** | | | | **Notice Only** |
| Account No. <br><br>**Illinois Collection Service Inc.**<br>**P.O. Box 1010**<br>**Tinley Park, IL 60477** | | | | **Representing:**<br>**Westlake Hospital** | | | | **Notice Only** |
| Account No. <br><br>**Illinois Collection Service Inc.**<br>**8231 185th St., Ste 100**<br>**Tinley Park, IL 60487** | | | | **Representing:**<br>**Westlake Hospital** | | | | **Notice Only** |
| Account No. <br><br>**Illinois Collection Service Inc.**<br>**PO Box 646**<br>**Oak Lawn, IL 60454** | | | | **Representing:**<br>**Westlake Hospital** | | | | **Notice Only** |

Sheet no. __**66**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **75.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JODI L. KOENIG**                                                 ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Vion Holdings, LLC** <br> **400 Interstate North Parkway** <br> **PO Box 39** <br> **Atlanta, GA 30339** | | | | **Representing:** <br> **Westlake Hospital** | | | | **Notice Only** |
| Account No. **W11024338** <br><br> **Westlake Hospital** <br> **1225 W. Lake Street** <br> **Melrose Park, IL 60160** | | - | | **on or about 2004 - 2007** <br> **Medical services** | | | | **586.50** |
| Account No. <br><br> **Credit Control, LLC** <br> **5757 Phantom Drive, Ste. 330** <br> **Hazelwood, MO 63042** | | | | **Representing:** <br> **Westlake Hospital** | | | | **Notice Only** |
| Account No. <br><br> **Illinois Collection Service Inc.** <br> **P.O. Box 1010** <br> **Tinley Park, IL 60477** | | | | **Representing:** <br> **Westlake Hospital** | | | | **Notice Only** |
| Account No. <br><br> **Illinois Collection Service Inc.** <br> **8231 185th St., Ste 100** <br> **Tinley Park, IL 60487** | | | | **Representing:** <br> **Westlake Hospital** | | | | **Notice Only** |

Sheet no. __**67**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**586.50**

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG**                                              ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Illinois Collection Service Inc.** **PO Box 646** **Oak Lawn, IL 60454** | | | Representing: **Westlake Hospital** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Vion Holdings, LLC** **400 Interstate North Parkway** **PO Box 39** **Atlanta, GA 30339** | | | Representing: **Westlake Hospital** | | | | **Notice Only** |
| Account No.  W09036773 | | | on or about 2004 - 2007 Medical services | | | | |
| **Westlake Hospital** **1225 W. Lake Street** **Melrose Park, IL 60160** | - | | | | | | **50.00** |
| Account No. | | | | | | | |
| **Credit Control, LLC** **5757 Phantom Drive, Ste. 330** **Hazelwood, MO 63042** | | | Representing: **Westlake Hospital** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Illinois Collection Service Inc.** **P.O. Box 1010** **Tinley Park, IL 60477** | | | Representing: **Westlake Hospital** | | | | **Notice Only** |

Sheet no. __**68**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**50.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG**                                    ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Illinois Collection Service Inc. 8231 185th St., Ste 100 Tinley Park, IL 60487** | | | Representing: **Westlake Hospital** | | | | **Notice Only** |
| Account No. **Illinois Collection Service Inc. PO Box 646 Oak Lawn, IL 60454** | | | Representing: **Westlake Hospital** | | | | **Notice Only** |
| Account No. **Vion Holdings, LLC 400 Interstate North Parkway PO Box 39 Atlanta, GA 30339** | | | Representing: **Westlake Hospital** | | | | **Notice Only** |
| Account No. **W08351066** **Westlake Hospital 1225 W. Lake Street Melrose Park, IL 60160** | - | | **on or about 2004 - 2007 Medical services** | | | | **420.00** |
| Account No. **Credit Control, LLC 5757 Phantom Drive, Ste. 330 Hazelwood, MO 63042** | | | Representing: **Westlake Hospital** | | | | **Notice Only** |

Sheet no. **69** of **74** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**420.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG** _____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Illinois Collection Service Inc.**<br>**P.O. Box 1010**<br>**Tinley Park, IL 60477** | | | | **Representing:**<br>**Westlake Hospital** | | | | **Notice Only** |
| Account No.<br><br>**Illinois Collection Service Inc.**<br>**8231 185th St., Ste 100**<br>**Tinley Park, IL 60487** | | | | **Representing:**<br>**Westlake Hospital** | | | | **Notice Only** |
| Account No.<br><br>**Illinois Collection Service Inc.**<br>**PO Box 646**<br>**Oak Lawn, IL 60454** | | | | **Representing:**<br>**Westlake Hospital** | | | | **Notice Only** |
| Account No.<br><br>**Vion Holdings, LLC**<br>**400 Interstate North Parkway**<br>**PO Box 39**<br>**Atlanta, GA 30339** | | | | **Representing:**<br>**Westlake Hospital** | | | | **Notice Only** |
| Account No. **W10265916**<br><br>**Westlake Hospital**<br>**1225 W. Lake Street**<br>**Melrose Park, IL 60160** | - | | | **on or about 2004 - 2007**<br>**Medical services** | | | | **315.43** |

Sheet no. __**70**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**315.43**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG**                                              ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Credit Control, LLC 5757 Phantom Drive, Ste. 330 Hazelwood, MO 63042 | | | | Representing: Westlake Hospital | | | | Notice Only |
| Account No. | | | | | | | | |
| Illinois Collection Service Inc. P.O. Box 1010 Tinley Park, IL 60477 | | | | Representing: Westlake Hospital | | | | Notice Only |
| Account No. | | | | | | | | |
| Illinois Collection Service Inc. 8231 185th St., Ste 100 Tinley Park, IL 60487 | | | | Representing: Westlake Hospital | | | | Notice Only |
| Account No. | | | | | | | | |
| Illinois Collection Service Inc. PO Box 646 Oak Lawn, IL 60454 | | | | Representing: Westlake Hospital | | | | Notice Only |
| Account No. | | | | | | | | |
| Vion Holdings, LLC 400 Interstate North Parkway PO Box 39 Atlanta, GA 30339 | | | | Representing: Westlake Hospital | | | | Notice Only |

Sheet no. __71__ of __74__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **JODI L. KOENIG**                                                  ,    Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **W10616571** | | | | on or about 2004 - 2007 Medical services | | | | |
| **Westlake Hospital 1225 W. Lake Street Melrose Park, IL 60160** | - | | | | | | | 240.43 |
| Account No. | | | | | | | | |
| **Credit Control, LLC 5757 Phantom Drive, Ste. 330 Hazelwood, MO 63042** | | | | Representing: Westlake Hospital | | | | Notice Only |
| Account No. | | | | | | | | |
| **Illinois Collection Service Inc. P.O. Box 1010 Tinley Park, IL 60477** | | | | Representing: Westlake Hospital | | | | Notice Only |
| Account No. | | | | | | | | |
| **Illinois Collection Service Inc. 8231 185th St., Ste 100 Tinley Park, IL 60487** | | | | Representing: Westlake Hospital | | | | Notice Only |
| Account No. | | | | | | | | |
| **Illinois Collection Service Inc. PO Box 646 Oak Lawn, IL 60454** | | | | Representing: Westlake Hospital | | | | Notice Only |

Sheet no. __**72**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                240.43

B6F (Official Form 6F) (12/07) - Cont.

In re   **JODI L. KOENIG**                                                    , Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Vion Holdings, LLC**<br>**400 Interstate North Parkway**<br>**PO Box 39**<br>**Atlanta, GA 30339** | | | | **Representing:**<br>**Westlake Hospital** | | | | **Notice Only** |
| Account No. **various**<br><br>**Westlake Hospital**<br>**1225 W. Lake Street**<br>**Melrose Park, IL 60160** | | - | | **2001 - 2012**<br>**Medical services** | | | | **Unknown** |
| Account No.<br><br>**Credit Control, LLC**<br>**5757 Phantom Drive, Ste. 330**<br>**Hazelwood, MO 63042** | | | | **Representing:**<br>**Westlake Hospital** | | | | **Notice Only** |
| Account No.<br><br>**Illinois Collection Service Inc.**<br>**P.O. Box 1010**<br>**Tinley Park, IL 60477** | | | | **Representing:**<br>**Westlake Hospital** | | | | **Notice Only** |
| Account No.<br><br>**Illinois Collection Service Inc.**<br>**8231 185th St., Ste 100**<br>**Tinley Park, IL 60487** | | | | **Representing:**<br>**Westlake Hospital** | | | | **Notice Only** |

Sheet no. __**73**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JODI L. KOENIG** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Illinois Collection Service Inc.**<br>**PO Box 646**<br>**Oak Lawn, IL 60454** | | | **Representing:**<br>**Westlake Hospital** | | | | **Notice Only** |
| Account No.<br><br>**Vion Holdings, LLC**<br>**400 Interstate North Parkway**<br>**PO Box 39**<br>**Atlanta, GA 30339** | | | **Representing:**<br>**Westlake Hospital** | | | | **Notice Only** |
| Account No. **Case No. 2007-M1-714589**<br><br>**William A. Lopiccolo, Sr.**<br>**B.A. Feller Company**<br>**113 S. Marion Street**<br>**Oak Park, IL 60302** | - | | **on or about 8/10/2007**<br>**Judgment entered against Debtor for monies owed, plus court costs, atty's fees and statutory interest, in lawsuit filed in Circuit Court of Cook County, Case No. 2007-M1-714589** | | | | **1,130.00** |
| Account No.<br><br>**Sanford Kahn Ltd.**<br>**180 N. LaSalle Street, Ste. 2025**<br>**Chicago, IL 60601** | | | **Representing:**<br>**William A. Lopiccolo, Sr.** | | | | **Notice Only** |
| Account No. | | | | | | | |

Sheet no. __**74**__ of __**74**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **1,130.00** |
| Total (Report on Summary of Schedules) | **122,778.23** |

B6G (Official Form 6G) (12/07)

.

In re   **JODI L. KOENIG**                                                                        ,   Case No. _____
                                                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re   **JODI L. KOENIG** _____,   Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re   **JODI L. KOENIG**_____   Case No. _____
                           Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **accounting clerk** | |
| Name of Employer | **Quality Tools & Abrasives, Inc.** | |
| How long employed | **1 year** | |
| Address of Employer | **605 Bonnie Lane**<br>**Elk Grove Village, IL 60007** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | | SPOUSE | |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **2,472.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **2,472.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **529.00** | $ | **N/A** |
| b. Insurance | $ | **235.55** | $ | **N/A** |
| c. Union dues | $ | **0.00** | $ | **N/A** |
| d. Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **764.55** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **1,707.45** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income (Specify): | $ | **0.00** | | **N/A** |
| | $ | **0.00** | | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **1,707.45** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **1,707.45** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re __JODI L. KOENIG_____    Case No. _____
                         Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
|    a. Are real estate taxes included?  Yes ___  No **X** | | |
|    b. Is property insurance included?  Yes ___  No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 0.00 |
|      b. Water and sewer | $ | 0.00 |
|      c. Telephone | $ | 80.00 |
|      d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 300.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 130.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 346.66 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|      a. Homeowner's or renter's | $ | 0.00 |
|      b. Life | $ | 0.00 |
|      c. Health | $ | 0.00 |
|      d. Auto | $ | 60.00 |
|      e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|      a. Auto | $ | 350.00 |
|      b. Other _____ | $ | 0.00 |
|      c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **See Detailed Expense Attachment** | $ | 295.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)      $ [ **1,661.66** ]

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 1,707.45 |
| b.   Average monthly expenses from Line 18 above | $ | 1,661.66 |
| c.   Monthly net income (a. minus b.) | $ | 45.79 |

B6J (Official Form 6J) (12/07)

In re    **JODI L. KOENIG** _____    Case No. _____
                                    Debtor(s)

## <u>SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)</u>
### Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---:|
| **Prescription & OTC medication** | $ | **80.00** |
| **Personal grooming, to wit:  hair & nails** | $ | **35.00** |
| **Auto maintenance** | $ | **50.00** |
| **Cigarettes** | $ | **130.00** |
| **Total Other Expenditures** | $ | **295.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **JODI L. KOENIG**                                             Case No.
_____                               Chapter    **7**
                                    Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **90** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **October 21, 2012**                    Signature    **/s/ JODI L. KOENIG**
                                                          **JODI L. KOENIG**
                                                          Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **JODI L. KOENIG**                           Case No. _____

                               Debtor(s)            Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$23,860.00** | **2012 YTD: Debtor Employment Income** |
| **$16,339.30** | **2011: Debtor Employment Income** |
| **$3,387.00** | **2010: Debtor Employment Income** |

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,157.00** | **2010: Debtor pensions and annuities** |

### 3. Payments to creditors

None ☐

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **West Suburban Auto Sales**<br>**2250 N. Mannheim Road**<br>**Melrose Park, IL 60164** | **August, September &**<br>**October, 2012**<br>**(regular monthly payments**<br>**due on car loan)** | **$1,050.00** | **$7,700.00** |

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*  Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Gregory D. Bruno** <br> **1807 N. Broadway** <br> **Melrose Park, IL 60160** | **September 25, 2012** | **$500.00 has been paid to date for attorney's fees and filing costs for legal representation in Chapter 7 bankruptcy.** |

### 10.  Other transfers

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                              DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                         DOCKET NUMBER                    STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **October 21, 2012**                    Signature  **/s/ JODI L. KOENIG**

                                                            **JODI L. KOENIG**
                                                            Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **JODI L. KOENIG** _____   Case No. _____

Debtor(s)                        Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**West Suburban Auto Sales** | **Describe Property Securing Debt:**<br>**2003 GMC Envoy SUV; 210,000 miles; fair condition**<br>**Location: 2424 Melrose Avenue, Melrose Park IL 60160** |

Property will be (check one):
   ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt            ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **October 21, 2012** _____   Signature   **/s/ JODI L. KOENIG** _____
                                                **JODI L. KOENIG**
                                                Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **JODI L. KOENIG**
                                Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,694.00 |
| Prior to the filing of this statement I have received | $ | 194.00 |
| Balance Due | $ | 1,500.00 |

2.  $  **306.00**   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **October 21, 2012**

**/s/ Gregory D. Bruno**
**Gregory D. Bruno**
**Law Offices of Gregory D. Bruno**
**1807 N. Broadway**
**Melrose Park, IL 60160**
**(708) 343-4544   Fax: (708) 343-4670**

---

## AGREEMENT AS TO ATTORNEY'S FEES AND COSTS

## FOR LEGAL REPRESENTATION IN CHAPTER 7 BANKRUPTCY

This Agreement is made this _25th_ day of _SEPTEMBER 2012_ by and

between _JODI L. KOENIG_ (and _____ ),

hereinafter referred to as the "Client," and GREGORY D. BRUNO and the Law Offices

of GREGORY D. BRUNO, hereinafter referred to as the "Attorney," for legal services to

be rendered by the Attorney on behalf of the Client in contemplation of or in connection

with a chapter 7 bankruptcy case.

Client and Attorney agree that the minimum fee to be paid by Client to the

Attorney for such legal services shall be $ _2,000.00_, which does/does not include

the bankruptcy filing fee of $306.00, and which does/does not include a credit report fee

of $ _35.00_. In this regard, Client agrees to deposit $ _500.00_ of the minimum fee

as a retainer, prior to the preparation of a bankruptcy petition; and Client further agrees to

pay the balance of the minimum fee within _4-5 MONTHS_ thereafter. (Attorney

hereby acknowledges receipt of the sum of $ _500.00_ from Client on _9/25/28/12_

In return for the above-disclosed minimum fee, Attorney hereby agrees to render

legal services to the Client for all aspects of a chapter 7 bankruptcy, including:

(1) Analyze the amount and nature of the debts owed by the person filing
bankruptcy and determine the best remedy for the person's financial problems.

(2) Advise the person filing of the relief available under chapter 7 and the other
chapters of the Bankruptcy Code, and the advisability of proceeding under each chapter.

(3) Assist the person in obtaining the required pre-bankruptcy budget and credit
counseling briefing.

1

(4) Assemble the information and data necessary to prepare the chapter 7 bankruptcy forms for filing.

(5) Prepare the petitions, schedules, statements and other chapter 7 forms for filing with the bankruptcy court.

(6) Assist the person filing bankruptcy in arranging his or her assets so as to enable the person to retain as many of the assets as possible after the chapter 7 case is filed.

(7) Filing chapter 7 petitions, schedules, statements and other forms with the bankruptcy court, and, if necessary, notifying certain creditors of the commencement of the bankruptcy case.

(8) If necessary, assisting the person filing bankruptcy in reaffirming certain debts, redeeming personal property, setting aside mortgages or liens against exempt property, and otherwise carrying out the matters set forth in the statement of intention.

(9) Attending the meeting of creditors with the person filing bankruptcy and appearing with the person at any other hearings that may be held in the case.

(10) Assist the debtor in attending and completing the required instructional course on personal financial management.

(11) If necessary, preparing and filing amended schedules, statements, and other documents with the bankruptcy court in order to protect the rights of the person filing bankruptcy.

Client hereby acknowledges and agrees that the minimum fee stated in this Agreement may not be sufficient to pay and/or reimburse the Attorney for all of his attorney's fees and costs/expenses, and in that event, the Client agrees to promptly pay any such additional amounts as they become due and owing.

Client also acknowledges and agrees that this Agreement does NOT cover, include or provide for legal representation of Client in other legal matters, including but not limited to: bankruptcy adversary proceedings, issues as to fraudulent conveyances, asset exemptions and/or debt dischargeability, tax proceedings, judicial lien avoidances, relief from stay actions, civil litigation, and criminal investigation and/or prosecution, for which additional fees would need to be agreed upon and pre-paid by the Client in the event that legal representation becomes necessary for those types of legal matters.

Due to a recent decision by the Illinois Supreme Court (Brian Dowling vs. Chicago Options Associates, Inc., Case No. 102578, Ill, 2007), the Attorney proposes to treat all payments made by the Client to the Attorney as an "advance payment retainer" in which the Client intends to make a present payment to the Attorney in exchange for the commitment to provide legal services in the future. Ownership of this retainer passes to

2

the Attorney immediately upon payment, and shall be deposited in the general office fund account of the Attorney and not in a client trust account, and shall be withdrawn by the Attorney at his sole discretion.  While the Client has the option to have such monetary payment placed into a "security retainer" and the choice of the type of retainer to be used is the Client's alone, the Supreme Court has found that the use of an "advance retainer agreement" would be appropriate when a client is facing bankruptcy, a collection action or a criminal forfeiture proceeding and therefore needs to secure and protect sufficient funds out of the reach of seizure in order to hire legal counsel, thereby being advantageous to the client  Your signature on this Agreement shall acknowledge and confirm your acceptance and approval of the use of an "advance payment retainer" by the Attorney.

**The undersigned hereby acknowledges that he or she has read and does accept the foregoing Agreement.**

Signed: _____   Dated: 9/25/2012

Signed: _____   Dated: 9/25/2012

Signed: _____   Dated: _____

3

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **JODI L. KOENIG**
<br>Debtor(s)

Case No.
<br>Chapter  **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| JODI L. KOENIG | X /s/ JODI L. KOENIG | October 21, 2012 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

| Case No. (if known) | X | |
|---|---|---|
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **JODI L. KOENIG** _____   Case No. _____
                                        Debtor(s)          Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **375**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **October 21, 2012** _____   **/s/ JODI L. KOENIG** _____
                                              **JODI L. KOENIG**
                                              Signature of Debtor

Action Medical Equipment
855 N. Church Court
Elmhurst, IL 60126


Action Medical Equipment
855 N. Church Court
Elmhurst, IL 60126


Afni, Inc.
404 Brock Drive
P.O. Box 3517
Bloomington, IL 61702


Afni, Inc.
PO Box 3097
Bloomington, IL 61702


Alliance Asset Management, Inc.
330 Georgetown Square, Ste. 104
Wood Dale, IL 60191


American Credit Bureau
2755 S Federal Hwy
Boynton Beach, FL 33435


American Credit Bureau, Inc.
1200 N. Federal Highway, Ste. 200
Boca Raton, FL 33432


American HealthCare Group, Ltd.
1910 Cochran Road
Manor Oak One, Ste. 405
Pittsburgh, PA 15220


American HealthCare Group, Ltd.
1910 Cochran Road
Manor Oak One, Ste. 405
Pittsburgh, PA 15220


Anjanette Gucciardo
1670 Clinton Ct.
Melrose Park, IL 60160

Anthony Caliendo
1670 Clinton Ct.
Melrose Park, IL 60160


Arrow Financial Services
5996 W. Touhy Avenue
Niles, IL 60714


Arrow Financial Services
5996 W. Touhy Avenue
Niles, IL 60714


Associated Pathology Consultants SC
200 N. Berteau Avenue
Elmhurst, IL 60126


Associated Pathology Consultants SC
200 N. Berteau Avenue
Elmhurst, IL 60126


Associated Pathology Consultants SC
200 N. Berteau Avenue
Elmhurst, IL 60126


Associated Pathology Consultants SC
200 N. Berteau Avenue
Elmhurst, IL 60126


Atlantic Credit & Finance, Inc.
2727 Franklin Road SW
Roanoke, VA 24014


Automated Accts. Mgmt. Services
PO Box 65576
West Des Moines, IA 50265


Automated Accts. Mgmt. Services
PO Box 65576
West Des Moines, IA 50265


B.A. Feller Company
113 S. Marion Street
Oak Park, IL 60302

Berni, David, DDS
4747 N. Harlem Avenue
Harwood Heights, IL 60706


BMO Harris Bank Barrington
201 S Grove Ave
Barrington, IL 60010


BMO Harris Bank, N.A.
111 W. Monroe Street
Chicago, IL 60690


Capital Management Services, LP
726 Exchange Street, Ste. 700
Buffalo, NY 14210


Capital Management Services, LP
726 Exchange Street, Ste. 700
Buffalo, NY 14210


Centegra Hospital - Woodstock
3701 Doty Road
Woodstock, IL 60098


Centegra Hospital - Woodstock
3701 Doty Road
Woodstock, IL 60098


Charter One Bank
1 Citizens Drive
Riverside, RI 02915


ChexSystems
Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125


ChexSystems
Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

```
Com Ed
Commonwealth Edison
P.O. Box 6111
Carol Stream, IL 60197


Com Ed
Commonwealth Edison
P.O. Box 6111
Carol Stream, IL 60197


Com Ed
Commonwealth Edison
Bill Payment Center
Chicago, IL 60668


Com Ed
Commonwealth Edison
Bill Payment Center
Chicago, IL 60668


Comcast
P.O. Box 3002
Southeastern, PA 19398


Comcast
2001 York Road
Oak Brook, IL 60523


Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113


Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113


Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113
```

Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113


Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113


Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113


Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113


Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113


Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113


Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113


Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113


Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113

Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113


Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113


Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113


Contract Callers Inc.
1058 Claussen Road, Ste. 110
Augusta, GA 30907


Contract Callers Inc.
1058 Claussen Road, Ste. 110
Augusta, GA 30907


Contract Callers Inc.
1058 Claussen Road, Ste. 110
Augusta, GA 30907


Costello, Gregory, D.O.
2340 Highland Avenue, #370
Lombard, IL 60148


Credit Control, LLC
5757 Phantom Drive, Ste. 330
Hazelwood, MO 63042


Credit Control, LLC
5757 Phantom Drive, Ste. 330
Hazelwood, MO 63042


Credit Control, LLC
5757 Phantom Drive, Ste. 330
Hazelwood, MO 63042

Credit Control, LLC
5757 Phantom Drive, Ste. 330
Hazelwood, MO 63042


Credit Control, LLC
5757 Phantom Drive, Ste. 330
Hazelwood, MO 63042


Credit Control, LLC
5757 Phantom Drive, Ste. 330
Hazelwood, MO 63042


Credit Control, LLC
5757 Phantom Drive, Ste. 330
Hazelwood, MO 63042


Credit Control, LLC
5757 Phantom Drive, Ste. 330
Hazelwood, MO 63042


Credit Control, LLC
5757 Phantom Drive, Ste. 330
Hazelwood, MO 63042


Credit Control, LLC
5757 Phantom Drive, Ste. 330
Hazelwood, MO 63042


Credit Protection Association, L.P.
13355 Noel Rd., Ste 2100
Dallas, TX 75240


Creditors Collection Bureau, Inc.
755 Almar Parkway
Bourbonnais, IL 60914


Creditors Collection Bureau, Inc.
PO Box 63
Kankakee, IL 60901


Creditors Collection Bureau, Inc.
755 Almar Parkway
Bourbonnais, IL 60914

Creditors Collection Bureau, Inc.
PO Box 63
Kankakee, IL 60901


Dependon Collection Service
P.O. Box 4833
Oak Brook, IL 60522


Dependon Collection Service
P.O. Box 4833
Oak Brook, IL 60522


Dependon Collection Service
P.O. Box 4833
Oak Brook, IL 60522


Elmhurst Anesthesiologist
PO Box 87916
Carol Stream, IL 60188


Elmhurst Anesthesiologist
PO Box 87916
Carol Stream, IL 60188


Elmhurst Anesthesiologist
PO Box 87916
Carol Stream, IL 60188


Elmhurst Anesthesiologist
PO Box 87916
Carol Stream, IL 60188


Elmhurst Anesthesiologists, PC
155 East Brush Hill Road
Elmhurst, IL 60126


Elmhurst Anesthesiologists, PC
155 East Brush Hill Road
Elmhurst, IL 60126


Elmhurst Anesthesiologists, PC
155 East Brush Hill Road
Elmhurst, IL 60126

Elmhurst Anesthesiologists, PC
155 East Brush Hill Road
Elmhurst, IL 60126


Elmhurst Emergency Med Services
200 N. Berteau Avenue
Elmhurst, IL 60126


Elmhurst Emergency Med Services
200 N. Berteau Avenue
Elmhurst, IL 60126


Elmhurst Emergency Med Services
200 N. Berteau Avenue
Elmhurst, IL 60126


Elmhurst Emergency Med Services
200 N. Berteau Avenue
Elmhurst, IL 60126


Elmhurst Emergency Med Services
200 N. Berteau Avenue
Elmhurst, IL 60126


Elmhurst Emergency Med Services
200 N. Berteau Avenue
Elmhurst, IL 60126


Elmhurst Emergency Med Services
200 N. Berteau Avenue
Elmhurst, IL 60126


Elmhurst Emergency Med Services
200 N. Berteau Avenue
Elmhurst, IL 60126


Elmhurst Emergency Med Services
200 N. Berteau Avenue
Elmhurst, IL 60126


Elmhurst Emergency Med Services
200 N. Berteau Avenue
Elmhurst, IL 60126

Elmhurst Emergency Med Services
200 N. Berteau Avenue
Elmhurst, IL 60126


Elmhurst Memorial Hospital
Elmhurst Memorial Healthcare
75 Remittance Drive, Ste. 6383
Chicago, IL 60675-6383


Elmhurst Memorial Hospital
Elmhurst Memorial Healthcare
75 Remittance Drive, Ste. 6383
Chicago, IL 60675-6383


Elmhurst Memorial Hospital
Elmhurst Memorial Healthcare
75 Remittance Drive, Ste. 6383
Chicago, IL 60675-6383


Elmhurst Memorial Hospital
Elmhurst Memorial Healthcare
75 Remittance Drive, Ste. 6383
Chicago, IL 60675-6383


Elmhurst Memorial Hospital
Elmhurst Memorial Healthcare
75 Remittance Drive, Ste. 6383
Chicago, IL 60675-6383


Elmhurst Memorial Hospital
Elmhurst Memorial Healthcare
75 Remittance Drive, Ste. 6383
Chicago, IL 60675-6383


Elmhurst Memorial Hospital
Elmhurst Memorial Healthcare
75 Remittance Drive, Ste. 6383
Chicago, IL 60675-6383


Elmhurst Memorial Hospital
Elmhurst Memorial Healthcare
75 Remittance Drive, Ste. 6383
Chicago, IL 60675-6383

```
Elmhurst Memorial Hospital
Elmhurst Memorial Healthcare
75 Remittance Drive, Ste. 6383
Chicago, IL 60675-6383


Elmhurst Memorial Hospital
Elmhurst Memorial Healthcare
75 Remittance Drive, Ste. 6383
Chicago, IL 60675-6383


Elmhurst Memorial Hospital
Elmhurst Memorial Healthcare
75 Remittance Drive, Ste. 6383
Chicago, IL 60675-6383


Elmhurst Memorial Hospital
Elmhurst Memorial Healthcare
75 Remittance Drive, Ste. 6383
Chicago, IL 60675-6383


Elmhurst Memorial Hospital
Elmhurst Memorial Healthcare
75 Remittance Drive, Ste. 6383
Chicago, IL 60675-6383


Elmhurst Memorial Hospital
Elmhurst Memorial Healthcare
75 Remittance Drive, Ste. 6383
Chicago, IL 60675-6383


Elmhurst Memorial Hospital
Elmhurst Memorial Healthcare
75 Remittance Drive, Ste. 6383
Chicago, IL 60675-6383


Elmhurst Outpatient Surgery Center
1200 S. York Road, Ste. 1400
Elmhurst, IL 60126


Elmhurst Outpatient Surgery Center
1200 S. York Road, Ste. 1400
Elmhurst, IL 60126


Elmhurst Outpatient Surgery Center
1200 S. York Road, Ste. 1400
Elmhurst, IL 60126
```

Elmhurst Outpatient Surgery Center
1200 S. York Road, Ste. 1400
Elmhurst, IL 60126

Elmhurst Radiologists, S.C.
200 N. Berteau Avenue
Elmhurst, IL 60126

Elmhurst Radiologists, S.C.
200 N. Berteau Avenue
Elmhurst, IL 60126

Elmhurst Radiologists, S.C.
200 N. Berteau Avenue
Elmhurst, IL 60126

Elmhurst Radiologists, S.C.
200 N. Berteau Avenue
Elmhurst, IL 60126

Elmhurst Radiologists, S.C.
200 N. Berteau Avenue
Elmhurst, IL 60126

Elmhurst Radiologists, S.C.
200 N. Berteau Avenue
Elmhurst, IL 60126

Elmhurst Radiologists, S.C.
200 N. Berteau Avenue
Elmhurst, IL 60126

Elmhurst Radiologists, S.C.
200 N. Berteau Avenue
Elmhurst, IL 60126

Elmhurst Radiologists, S.C.
200 N. Berteau Avenue
Elmhurst, IL 60126

Elmhurst Radiologists, S.C.
200 N. Berteau Avenue
Elmhurst, IL 60126

```
Elmhurst Radiologists, S.C.
200 N. Berteau Avenue
Elmhurst, IL 60126


Elmhurst Radiologists, S.C.
200 N. Berteau Avenue
Elmhurst, IL 60126


Elmhurst Radiologists, S.C.
200 N. Berteau Avenue
Elmhurst, IL 60126


Elmhurst Radiologists, S.C.
200 N. Berteau Avenue
Elmhurst, IL 60126


Elmhurst Radiologists, S.C.
PO Box 1035
Bedford Park, IL 60499


Elmhurst Radiologists, S.C.
PO Box 1035
Bedford Park, IL 60499


Elmhurst Radiologists, S.C.
PO Box 1035
Bedford Park, IL 60499


Elmhurst Radiologists, S.C.
PO Box 1035
Bedford Park, IL 60499


Elmhurst Radiologists, S.C.
PO Box 1035
Bedford Park, IL 60499


Elmhurst Radiologists, S.C.
PO Box 1035
Bedford Park, IL 60499


Elmhurst Radiologists, S.C.
PO Box 1035
Bedford Park, IL 60499
```

```
Elmhurst Radiologists, S.C.
PO Box 1035
Bedford Park, IL 60499


Elmhurst Radiologists, S.C.
PO Box 1035
Bedford Park, IL 60499


Elmhurst Radiologists, S.C.
PO Box 1035
Bedford Park, IL 60499


Elmhurst Radiologists, S.C.
PO Box 1035
Bedford Park, IL 60499


Elmhurst Radiologists, S.C.
PO Box 1035
Bedford Park, IL 60499


Elmhurst Radiologists, S.C.
PO Box 1035
Bedford Park, IL 60499


Elmhurst Radiologists, S.C.
PO Box 1035
Bedford Park, IL 60499


Enhanced Recovery Corp.
Enhanced Recovery Co., LLC
8014 Bayberry Road
Jacksonville, FL 32256


Enhanced Recovery Corp.
Enhanced Recovery Co., LLC
8014 Bayberry Road
Jacksonville, FL 32256


Enhanced Recovery Corp.
Enhanced Recovery Co., LLC
8014 Bayberry Road
Jacksonville, FL 32256
```

Gottlieb Memorial Hospital
701 W. North Avenue
Melrose Park, IL 60160


Gottlieb Memorial Hospital
701 W. North Avenue
Melrose Park, IL 60160


Gottlieb Memorial Hospital
701 W. North Avenue
Melrose Park, IL 60160


Gottlieb Memorial Hospital
PO Box 74867
Chicago, IL 60694


Gottlieb Memorial Hospital
PO Box 74867
Chicago, IL 60694


Gottlieb Memorial Hospital
PO Box 74867
Chicago, IL 60694


Gregory J. Martucci, P.C.
1150 W. Lake Street, Ste. B
Roselle, IL 60172


Gregory J. Martucci, P.C.
1150 W. Lake Street, Ste. B
Roselle, IL 60172


Harris, N.A.
111 W. Monroe Street
Chicago, IL 60603


Household Bank
HSBC Bank Nevada, N.A.
P.O. Box 4144
Carol Stream, IL 60197


I.C. System, Inc.
444 Highway 96 East
P.O. Box 64837
Saint Paul, MN 55164

```
I.C. System, Inc.
444 Highway 96 East
P.O. Box 64837
Saint Paul, MN 55164


Illinois Collection Service Inc.
8231 185th St., Ste 100
Tinley Park, IL 60487


Illinois Collection Service Inc.
8231 185th St., Ste 100
Tinley Park, IL 60487


Illinois Collection Service Inc.
8231 185th St., Ste 100
Tinley Park, IL 60487


Illinois Collection Service Inc.
P.O. Box 1010
Tinley Park, IL 60477


Illinois Collection Service Inc.
PO Box 646
Oak Lawn, IL 60454


Illinois Collection Service Inc.
8231 185th St., Ste 100
Tinley Park, IL 60487


Illinois Collection Service Inc.
PO Box 646
Oak Lawn, IL 60454


Illinois Collection Service Inc.
P.O. Box 1010
Tinley Park, IL 60477


Illinois Collection Service Inc.
P.O. Box 1010
Tinley Park, IL 60477


Illinois Collection Service Inc.
8231 185th St., Ste 100
Tinley Park, IL 60487
```

Illinois Collection Service Inc.
PO Box 646
Oak Lawn, IL 60454


Illinois Collection Service Inc.
P.O. Box 1010
Tinley Park, IL 60477


Illinois Collection Service Inc.
8231 185th St., Ste 100
Tinley Park, IL 60487


Illinois Collection Service Inc.
PO Box 646
Oak Lawn, IL 60454


Illinois Collection Service Inc.
P.O. Box 1010
Tinley Park, IL 60477


Illinois Collection Service Inc.
8231 185th St., Ste 100
Tinley Park, IL 60487


Illinois Collection Service Inc.
PO Box 646
Oak Lawn, IL 60454


Illinois Collection Service Inc.
P.O. Box 1010
Tinley Park, IL 60477


Illinois Collection Service Inc.
8231 185th St., Ste 100
Tinley Park, IL 60487


Illinois Collection Service Inc.
PO Box 646
Oak Lawn, IL 60454


Illinois Collection Service Inc.
P.O. Box 1010
Tinley Park, IL 60477

Illinois Collection Service Inc.
8231 185th St., Ste 100
Tinley Park, IL 60487


Illinois Collection Service Inc.
PO Box 646
Oak Lawn, IL 60454


Illinois Collection Service Inc.
P.O. Box 1010
Tinley Park, IL 60477


Illinois Collection Service Inc.
8231 185th St., Ste 100
Tinley Park, IL 60487


Illinois Collection Service Inc.
PO Box 646
Oak Lawn, IL 60454


Illinois Collection Service Inc.
P.O. Box 1010
Tinley Park, IL 60477


Illinois Collection Service Inc.
8231 185th St., Ste 100
Tinley Park, IL 60487


Illinois Collection Service Inc.
PO Box 646
Oak Lawn, IL 60454


Illinois Collection Service Inc.
P.O. Box 1010
Tinley Park, IL 60477


Illinois Collection Service Inc.
8231 185th St., Ste 100
Tinley Park, IL 60487


Illinois Collection Service Inc.
PO Box 646
Oak Lawn, IL 60454

Illinois Collection Service Inc.
P.O. Box 1010
Tinley Park, IL 60477


Illinois Collection Service Inc.
8231 185th St., Ste 100
Tinley Park, IL 60487


Illinois Collection Service Inc.
PO Box 646
Oak Lawn, IL 60454


Illinois Collection Service Inc.
P.O. Box 1010
Tinley Park, IL 60477


Illinois Collection Service Inc.
8231 185th St., Ste 100
Tinley Park, IL 60487


Illinois Collection Service Inc.
PO Box 646
Oak Lawn, IL 60454


Jefferson Capital System
16 Mcleland Road
Saint Cloud, MN 56303


Jefferson Capital System
16 Mcleland Road
Saint Cloud, MN 56303


Kalsi, Charanjit K., M.D.
1200 S. York Road, Ste. 4250
Elmhurst, IL 60126


KCA Financial Services, Inc.
628 North Street
PO Box 3
Geneva, IL 60134


KCA Financial Services, Inc.
628 North Street
PO Box 3
Geneva, IL 60134

```
Lauck, M., S.C.
360 W. Butterfield Road, Ste. 220
Elmhurst, IL 60126


Malecki, J.M., DDS
538 W. North Avenue
Elmhurst, IL 60126


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068
```

```
Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068
```

```
Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068


Merchants' Credit Guide Company
223 W. Jackson Blvd., #400
Chicago, IL 60606


Merchants' Credit Guide Company
223 W. Jackson Blvd., #400
Chicago, IL 60606


Merchants' Credit Guide Company
223 W. Jackson Blvd., #400
Chicago, IL 60606


Merchants' Credit Guide Company
223 W. Jackson Blvd., #400
Chicago, IL 60606


Merchants' Credit Guide Company
223 W. Jackson Blvd., #400
Chicago, IL 60606


Merchants' Credit Guide Company
223 W. Jackson Blvd., #400
Chicago, IL 60606


Merchants' Credit Guide Company
223 W. Jackson Blvd., #400
Chicago, IL 60606
```

Midwest Digestive Disease Specialis
360 W. Butterfield Road, Ste. 280
Elmhurst, IL 60126


Midwest Digestive Disease Specialis
360 W. Butterfield Road, Ste. 280
Elmhurst, IL 60126


Midwest Physical Therapy Center
500 Park Blvd.
Itasca, IL 60143


Midwest Physical Therapy Center
500 Park Blvd.
Itasca, IL 60143


Midwest Pulmonary Associates
2340 S. Highland Avenue, Ste. 230
Lombard, IL 60148


Midwest Pulmonary Associates
2340 S. Highland Avenue, Ste. 230
Lombard, IL 60148


Midwest Pulmonary Associates, SC
802 E. Woodfield Road
Schaumburg, IL 60173


Midwest Pulmonary Associates, SC
802 E. Woodfield Road
Schaumburg, IL 60173


NCI
Northwest Collectors Inc.
3601 Algonquin Road, Ste. 232
Rolling Meadows, IL 60008


NCI
Northwest Collectors Inc.
3601 Algonquin Road, Ste. 232
Rolling Meadows, IL 60008


NCO Financial Systems
P.O. Box 15740
Wilmington, DE 19850

NCO Financial Systems
P.O. Box 15740
Wilmington, DE 19850


Northlake Fire Protection District
PO Box 1368
Elmhurst, IL 60126


Northwest Collectors
3601 Algonquin Rd Ste 23
Rolling Meadows, IL 60008


Northwest Collectors
3601 Algonquin Rd Ste 23
Rolling Meadows, IL 60008


Northwest Collectors Inc.
3601 Algonquin Rd., Ste. 232
Rolling Meadows, IL 60008


Northwest Collectors Inc.
3601 Algonquin Rd., Ste. 232
Rolling Meadows, IL 60008


Northwest Collectors Inc.
3601 Algonquin Rd., Ste. 232
Rolling Meadows, IL 60008


Northwest Collectors Inc.
3601 Algonquin Rd., Ste. 232
Rolling Meadows, IL 60008


Northwest Collectors Inc.
3601 Algonquin Rd., Ste. 232
Rolling Meadows, IL 60008


Northwest Collectors Inc.
3601 Algonquin Rd., Ste. 232
Rolling Meadows, IL 60008


Northwest Collectors Inc.
3601 Algonquin Rd., Ste. 232
Rolling Meadows, IL 60008

Northwest Collectors Inc.
3601 Algonquin Rd., Ste. 232
Rolling Meadows, IL 60008

Northwest Collectors Inc.
3601 Algonquin Rd., Ste. 232
Rolling Meadows, IL 60008

Northwest Collectors Inc.
3601 Algonquin Rd., Ste. 232
Rolling Meadows, IL 60008

Northwest Collectors Inc.
3601 Algonquin Rd., Ste. 232
Rolling Meadows, IL 60008

Northwest Collectors Inc.
3601 Algonquin Rd., Ste. 232
Rolling Meadows, IL 60008

Northwest Collectors Inc.
3601 Algonquin Rd., Ste. 232
Rolling Meadows, IL 60008

Northwest Collectors Inc.
3601 Algonquin Rd., Ste. 232
Rolling Meadows, IL 60008

Northwest Collectors Inc.
3601 Algonquin Rd., Ste. 232
Rolling Meadows, IL 60008

Northwest Collectors Inc.
3601 Algonquin Rd., Ste. 232
Rolling Meadows, IL 60008

Northwest Collectors Inc.
3601 Algonquin Rd., Ste. 232
Rolling Meadows, IL 60008

Northwest Collectors Inc.
3601 Algonquin Rd., Ste. 232
Rolling Meadows, IL 60008

Orthopedic Specialists
675 W. North Avenue, Ste. 313
Melrose Park, IL 60160


Orthopedic Specialists
675 W. North Avenue, Ste. 313
Melrose Park, IL 60160


Orthopedic Specialists
360 W. Butterfield Road
Elmhurst, IL 60126


Orthopedic Specialists
360 W. Butterfield Road
Elmhurst, IL 60126


Pathology CHP S.C.
PO Box 2486
Indianapolis, IN 46206


Pathology CHP S.C.
PO Box 2486
Indianapolis, IN 46206


Pellettieri & Associates, Ltd.
991 Oak Creek Drive
Lombard, IL 60148


Pellettieri & Associates, Ltd.
991 Oak Creek Drive
Lombard, IL 60148


Pellettieri & Associates, Ltd.
991 Oak Creek Drive
Lombard, IL 60148


Pellettieri & Associates, Ltd.
991 Oak Creek Drive
Lombard, IL 60148


Pellettieri & Associates, Ltd.
991 Oak Creek Drive
Lombard, IL 60148

Pellettieri & Associates, Ltd.
991 Oak Creek Drive
Lombard, IL 60148


Pellettieri & Associates, Ltd.
991 Oak Creek Drive
Lombard, IL 60148


Pellettieri & Associates, Ltd.
991 Oak Creek Drive
Lombard, IL 60148


Pellettieri & Associates, Ltd.
991 Oak Creek Drive
Lombard, IL 60148


Pellettieri & Associates, Ltd.
991 Oak Creek Drive
Lombard, IL 60148


Pellettieri & Associates, Ltd.
991 Oak Creek Drive
Lombard, IL 60148


Pellettieri & Associates, Ltd.
991 Oak Creek Drive
Lombard, IL 60148


Pellettieri & Associates, Ltd.
991 Oak Creek Drive
Lombard, IL 60148


Pellettieri & Associates, Ltd.
991 Oak Creek Drive
Lombard, IL 60148


Pellettieri & Associates, Ltd.
991 Oak Creek Drive
Lombard, IL 60148


Pentagroup Financial, LLC
5959 Corporate Drive, Ste. 1400
Houston, TX 77036

```
Pentagroup Financial, LLC
P.O. Box 742209
Houston, TX 77274


Pentagroup Financial, LLC
P.O. Box 742209
Houston, TX 77274


Pentagroup Financial, LLC
5959 Corporate Drive, Ste. 1400
Houston, TX 77036


Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541


Portfolio Recovery Associates, LLC
120 Corporate Blvd.
Norfolk, VA 23502


Portfolio Recovery Associates, LLC
PO Box 12903
Norfolk, VA 23541


Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541


Portfolio Recovery Associates, LLC
PO Box 12903
Norfolk, VA 23541


Portfolio Recovery Associates, LLC
120 Corporate Blvd.
Norfolk, VA 23502


Portfolio Recovery Associates, LLC
120 Corporate Blvd.
Norfolk, VA 23502


Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541
```

```
Portfolio Recovery Associates, LLC
PO Box 12903
Norfolk, VA 23541


Powers & Moon, LLC
707 Lake Cook Road, Ste. 102
Deerfield, IL 60015


Powers & Moon, LLC
707 Lake Cook Road, Ste. 102
Deerfield, IL 60015


Powers & Moon, LLC
707 Lake Cook Road, Ste. 102
Deerfield, IL 60015


Premier Credit Corp.
PO Box 2655
Des Plaines, IL 60017


Providian National Bank
PO Box 9023
Pleasanton, CA 94566


Radiology Consultants. Ltd.
1730 Park Street, Ste. 101
Naperville, IL 60563


Radiology Consultants. Ltd.
1730 Park Street, Ste. 101
Naperville, IL 60563


Riebandt & DeWald, P.C.
1237 S. Arlington Heights Road
Arlington Heights, IL 60006


Riebandt & DeWald, P.C.
1237 S. Arlington Heights Road
Arlington Heights, IL 60006


Sanford Kahn Ltd.
180 N. LaSalle Street, Ste. 2025
Chicago, IL 60601
```

Sanford Kahn Ltd.
180 N. LaSalle Street, Ste. 2025
Chicago, IL 60601


Sanjay Jutla
55 E. Jackson, 16th Floor
Chicago, IL 60604


Sanjay Jutla
55 E. Jackson, 16th Floor
Chicago, IL 60604


Sprint
6200 Sprint Parkway
Overland Park, KS 66251


Sprint
6200 Sprint Parkway
Overland Park, KS 66251


Sprint
6200 Sprint Parkway
Overland Park, KS 66251


Sprint
PO Box 660075
Dallas, TX 75266


Sprint
PO Box 4191
Carol Stream, IL 60197


Sprint
Sprint Customer Service
PO Box 8077
London, KY 40742


Sprint
c/o I. C. Systems, Inc.
P.O. Box 64378
Saint Paul, MN 55164


Sprint
PO Box 3827
Englewood, CO 80155

Sprint
c/o Afni, Inc.
PO Box 3517
Bloomington, IL 61702


Sprint
c/o I. C. Systems, Inc.
P.O. Box 64378
Saint Paul, MN 55164


Sprint
PO Box 660075
Dallas, TX 75266


Sprint
PO Box 4191
Carol Stream, IL 60197


Sprint
Sprint Customer Service
PO Box 8077
London, KY 40742


Sprint
c/o I. C. Systems, Inc.
P.O. Box 64378
Saint Paul, MN 55164


Sprint
c/o Afni, Inc.
PO Box 3517
Bloomington, IL 61702


Sprint
PO Box 3827
Englewood, CO 80155


Stipak, James, DDS
4747 N. Harlem Avenue
Harwood Heights, IL 60706


Strohschein, Manfred, DDS
105 S. State Street
Marengo, IL 60152

```
T-Mobile
PO Box 790047
Saint Louis, MO 63179


T-Mobile
PO Box 742596
Cincinnati, OH 45274


T-Mobile Financial
PO Box 2400
Young America, MN 55553


U.S. Cellular
8410 W. Bryn Mawr, Ste. 700
Chicago, IL 60631


U.S. Cellular
Dept. 0203
Palatine, IL 60055


Universal Professional Services
PO Box 278
Belleville, MI 48112


Universal Professional Services
PO Box 278
Belleville, MI 48112


Van Ru Credit Corp.
1350 E. Touhy Avenue, Ste. 100E
Des Plaines, IL 60018


Van Ru Credit Corp.
1350 E. Touhy Avenue, Ste. 100E
Des Plaines, IL 60018


Van Ru Credit Corp.
1350 E. Touhy Avenue, Ste. 100E
Des Plaines, IL 60018


Van Ru Credit Corp.
1350 E. Touhy Avenue, Ste. 100E
Des Plaines, IL 60018
```

Van Ru Credit Corp.
1350 E. Touhy Avenue, Ste. 100E
Des Plaines, IL 60018


Van Ru Credit Corp.
1350 E. Touhy Avenue, Ste. 100E
Des Plaines, IL 60018


Van Ru Credit Corp.
1350 E. Touhy Avenue, Ste. 100E
Des Plaines, IL 60018


Van Ru Credit Corp.
1350 E. Touhy Avenue, Ste. 100E
Des Plaines, IL 60018


Van Ru Credit Corp.
1350 E. Touhy Avenue, Ste. 100E
Des Plaines, IL 60018


Van Ru Credit Corp.
1350 E. Touhy Avenue, Ste. 100E
Des Plaines, IL 60018


Van Ru Credit Corp.
1350 E. Touhy Avenue, Ste. 100E
Des Plaines, IL 60018


Village of Melrose Park, IL
1000 N. 25th Avenue
Melrose Park, IL 60160


Vion Holdings, LLC
400 Interstate North Parkway
PO Box 39
Atlanta, GA 30339


Vion Holdings, LLC
400 Interstate North Parkway
PO Box 39
Atlanta, GA 30339

```
Vion Holdings, LLC
400 Interstate North Parkway
PO Box 39
Atlanta, GA 30339


Vion Holdings, LLC
400 Interstate North Parkway
PO Box 39
Atlanta, GA 30339


Vion Holdings, LLC
400 Interstate North Parkway
PO Box 39
Atlanta, GA 30339


Vion Holdings, LLC
400 Interstate North Parkway
PO Box 39
Atlanta, GA 30339


Vion Holdings, LLC
400 Interstate North Parkway
PO Box 39
Atlanta, GA 30339


Vion Holdings, LLC
400 Interstate North Parkway
PO Box 39
Atlanta, GA 30339


Vion Holdings, LLC
400 Interstate North Parkway
PO Box 39
Atlanta, GA 30339


Vion Holdings, LLC
400 Interstate North Parkway
PO Box 39
Atlanta, GA 30339


Washington Mutual Bank
PO Box 9001123
Louisville, KY 40290
```

West Suburban Auto Sales
2250 N. Mannheim Road
Melrose Park, IL 60164


West Suburban Multi Speciality
386 N. York Road
Elmhurst, IL 60126


West Suburban Multi Speciality
386 N. York Road
Elmhurst, IL 60126


Westlake Emergency Physicians
520 E. 22nd Street
Lombard, IL 60148


Westlake Emergency Physicians
520 E. 22nd Street
Lombard, IL 60148


Westlake Emergency Physicians
520 E. 22nd Street
Lombard, IL 60148


Westlake Emergency Physicians
520 E. 22nd Street
Lombard, IL 60148


Westlake Hospital
1225 W. Lake Street
Melrose Park, IL 60160


Westlake Hospital
1225 W. Lake Street
Melrose Park, IL 60160


Westlake Hospital
1225 W. Lake Street
Melrose Park, IL 60160


Westlake Hospital
1225 W. Lake Street
Melrose Park, IL 60160

```
Westlake Hospital
1225 W. Lake Street
Melrose Park, IL 60160


Westlake Hospital
1225 W. Lake Street
Melrose Park, IL 60160


Westlake Hospital
1225 W. Lake Street
Melrose Park, IL 60160


Westlake Hospital
1225 W. Lake Street
Melrose Park, IL 60160


William A. Lopiccolo, Sr.
B.A. Feller Company
113 S. Marion Street
Oak Park, IL 60302
```